B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Walega, Piotr** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Walega, Paula** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2514** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0010** |
| Street Address of Debtor (No. and Street, City, and State):<br>**265 Cottage Hill Ave**<br>**Elmhurst, IL**<br><div align="right">ZIP Code **60126**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**265 Cottage Hill Ave**<br>**Elmhurst, IL**<br><div align="right">ZIP Code **60126**</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Walega, Piotr**<br>**Walega, Paula** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)      (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
|   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
|   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br><br>      _____<br>      (Address of landlord)<br><br>  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)   Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Walega, Piotr**
**Walega, Paula**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Piotr Walega**

Signature of Debtor **Piotr Walega**

X  **/s/ Paula Walega**

Signature of Joint Debtor **Paula Walega**

Telephone Number (If not represented by attorney)

**February 21, 2012**

Date

#### Signature of Attorney*

X  **/s/ Richard N. Golding**

Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**

Printed Name of Attorney for Debtor(s)

**The Golding Law Offices, P.C.**

Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**

Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**

Telephone Number

**February 21, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Piotr Walega**
         **Paula Walega**                                          Case No.
_____          Chapter    **11**
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Piotr Walega**
                            **Piotr Walega**

Date:    **February 21, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Piotr Walega**
       **Paula Walega**               Case No.
                                 Debtor(s)     Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                        Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Paula Walega**
                       **Paula Walega**

Date:   **February 21, 2012**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Piotr Walega**
      **Paula Walega**

                           Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **4934 N. Harold Condo Assoc.**<br>**c/o Clark Fabisch Realty**<br>**6722 N. Northwest Hwy.**<br>**Chicago, IL 60631** | **4934 N. Harold Condo Assoc.**<br>**c/o Clark Fabisch Realty**<br>**6722 N. Northwest Hwy.**<br>**Chicago, IL 60631** | **past due assessments on Harold condos** | | **2,800.00** |
| **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **Credit card** | | **5,145.93** |
| **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **Credit card** | | **1,371.13** |
| **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** | **Credit card** | | **41,436.27** |
| **Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **Credit card** | | **40,128.00** |
| **Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **Chase Cardmember Services**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **Credit card** | | **15,953.84** |
| **Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** | **Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117-6500** | **Credit card** | | **24,275.59** |
| **Community Savings Bank**<br>**4801 W. Belmont Ave.**<br>**Chicago, IL 60641** | **Community Savings Bank**<br>**4801 W. Belmont Ave.**<br>**Chicago, IL 60641** | **mortgage on property debtor has no interest in** | | **Unknown** |
| **Community Savings Bank**<br>**4801 W. Belmont Ave.**<br>**Chicago, IL 60641** | **Community Savings Bank**<br>**4801 W. Belmont Ave.**<br>**Chicago, IL 60641** | **4753 N. 25th #14, Schiller Park, Illinois** | | **73,321.71**<br><br>**(Unknown secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Piotr Walega**
       **Paula Walega**                                              Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Department Stores N.B.**<br>**PO Box 689195**<br>**Des Moines, IA 50368-9195** | **Department Stores N.B.**<br>**PO Box 689195**<br>**Des Moines, IA 50368-9195** | **revolving credit (Macy's)** | | **102.67** |
| **Diamond Bank**<br>**1051 Perimeter Drive**<br>**Schaumburg, IL 60173** | **Diamond Bank**<br>**1051 Perimeter Drive**<br>**Schaumburg, IL 60173** | **Guaranty of BusinessDebt** | **Contingent Unliquidated** | **Unknown** |
| **Diamond Bank FSB**<br>**1051 Perimeter Drive**<br>**Schaumburg, IL 60173-5833** | **Diamond Bank FSB**<br>**1051 Perimeter Drive**<br>**Schaumburg, IL 60173-5833** | **4934 N. Harold #1B & 1D, Schiller Park, Illinois** | | **59,063.73**<br><br>**(40,000.00 secured)** |
| **Jessica Torres**<br>**4934 N. Harold #1B**<br>**Schiller Park, IL 60176** | **Jessica Torres**<br>**4934 N. Harold #1B**<br>**Schiller Park, IL 60176** | **security deposit on month to month tenancy** | **Contingent** | **650.00** |
| **Mary Chang**<br>**529 Walnut**<br>**Elmhurst, IL 60126** | **Mary Chang**<br>**529 Walnut**<br>**Elmhurst, IL 60126** | **unsecured note** | | **90,000.00** |
| **Neal Gerber & Eisenberg LLP**<br>**2 N. LaSalle Street**<br>**Ste. 1700**<br>**Chicago, IL 60602-3801** | **Neal Gerber & Eisenberg LLP**<br>**2 N. LaSalle Street**<br>**Ste. 1700**<br>**Chicago, IL 60602-3801** | **legal fees for patent** | | **18,000.00** |
| **Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | **Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | **Other Utility Company** | | **242.00** |
| **Nordstrom Bank Co. Service Ctr.**<br>**PO Box 6555**<br>**Englewood, CO 80155-6555** | **Nordstrom Bank Co. Service Ctr.**<br>**PO Box 6555**<br>**Englewood, CO 80155-6555** | **revolving credit** | | **53.38** |
| **Northbrook Bank & Trust**<br>**1145 N. Arlington Heights Road**<br>**Itasca, IL 60143** | **Northbrook Bank & Trust**<br>**1145 N. Arlington Heights Road**<br>**Itasca, IL 60143** | **Guaranty of BusinessDebt** | **Contingent Unliquidated** | **Unknown** |
| **Von Maur**<br>**6565 Brady Street**<br>**Davenport, IA 52806-2054** | **Von Maur**<br>**6565 Brady Street**<br>**Davenport, IA 52806-2054** | **Credit card** | | **198.45** |
| **Worsek & Vihon LLP**<br>**180 N. LaSalle St., Ste. 3010**<br>**Chicago, IL 60601** | **Worsek & Vihon LLP**<br>**180 N. LaSalle St., Ste. 3010**<br>**Chicago, IL 60601** | **legal fees** | | **600.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Piotr Walega**
　　　　**Paula Walega**
_____
Debtor(s)

Case No.　_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　We, **Piotr Walega** and **Paula Walega**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date　**February 21, 2012**
_____

Signature　**/s/ Piotr Walega**
_____
　　　　　　**Piotr Walega**
　　　　　　Debtor

Date　**February 21, 2012**
_____

Signature　**/s/ Paula Walega**
_____
　　　　　　**Paula Walega**
　　　　　　Joint Debtor

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

.

In re    **Piotr Walega,**                                                    Case No. _____

    **Paula Walega**

                                                    ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 265 Cottage Hill Ave, Elmhurst IL 60126** | **Fee simple** | **J** | **600,000.00** | **551,798.35** |
| **4934 N. Harold #1B, Schiller Park, Illinois** | **Fee simple** | **J** | **40,000.00** | **30,000.00** |
| **4934 N. Harold #1D, Schiller Park, Illinois** | **Fee simple** | **J** | **40,000.00** | **30,000.00** |
| **4753 N. 25th #14, Schiller Park, Illinois** | **Fee simple** | **J** | **Unknown** | **73,321.71** |
| **3719 Ruby St., Schiller Park, IL** | **Joint tenant** | **J** | **Unknown** | **403,983.09** |

|  | Sub-Total > | **680,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **680,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Piotr Walega,**
      **Paula Walega,**

Case No. _____

                                Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash** | **J** | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase Bank NA Checking xx7647** | **J** | **10,984.76** |
| | | | **JPMorgan Chase Bank NA Savings xx6135** | **J** | **189.26** |
| | | | **Parkway B&T 370 Georgetown Square Shopping Ctr., Wood Dale IL 60191 Checking xx4490** | **H** | **30.00** |
| | | | **Parkway B&T 4646 N Cumberland Ave Chicago IL 60656 Checking xx0343** | **H** | **638.18** |
| | | | **Diamond Bank FSB 1051 Perimeter Dr Schaumburg IL 60173 savings xx0224** | **W** | **122.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Location: 265 Cottage Hill Ave, Elmhurst IL 60126** | **J** | **2,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Location: 265 Cottage Hill Ave, Elmhurst IL 60126** | **J** | **600.00** |
| 7. | Furs and jewelry. | | **engagement ring & watch** | **J** | **2,500.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | **17,564.20** |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Piotr Walega,**                         Case No. _____

          **Paula Walega**

<div align="center">Debtors ,</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **W&M Condominiums, Inc.** | J | **Unknown** |
| | | **Hartford Court Development, Inc.** | J | **Unknown** |
| | | **All Pro Development, Inc.** | J | **Unknown** |
| | | **Walega & Mikoda Development, Inc.** | J | **Unknown** |
| | | **Synerg Investment Group, LLC** | J | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment against Miroslav Gebka paying $1,000/month** | J | **202,000.00** |
| | | **Marcus, Boxerman & Chatman LLP balance on retainer** | J | **5,000.00** |

<div align="right">

Sub-Total >      **207,000.00**
(Total of this page)
</div>

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Piotr Walega,**                                              Case No. _____

    **Paula Walega**

_____ ,

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent No.  8035560** | J | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **2007 Cadillac Escalade** | J | **25,000.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **computer, desk, chair** | J | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >          **26,000.00**
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Piotr Walega,**                                          Case No. _____

          **Paula Walega**

_____,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached                           Total >     **250,564.20**
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Piotr Walega,**

        **Paula Walega**

                                         Case No. _____

                                      ,

                       Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                          *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 265 Cottage Hill Ave, Elmhurst IL 60126** | **735 ILCS 5/12-901** | **30,000.00** | **600,000.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JPMorgan Chase Bank NA Checking xx7647** | **735 ILCS 5/12-1001(b)** | **8,000.00** | **10,984.76** |
| | | | |
| **Wearing Apparel** | | | |
| **Location: 265 Cottage Hill Ave, Elmhurst IL 60126** | **735 ILCS 5/12-1001(a)** | **600.00** | **600.00** |
| | | | |
| **Customer lists or other compilations containing personally identifiable info** | | | |
| **2007 Cadillac Escalade** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **25,000.00** |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **computer, desk, chair** | **735 ILCS 5/12-1001(d)** | **1,000.00** | **1,000.00** |
| | | | |
| | Total: | **44,400.00** | **637,584.76** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Piotr Walega,**
　　　**Paula Walega**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxxx9391** | | | Mortgage | | | | | |
| **Community Savings Bank** 4801 W. Belmont Ave. Chicago, IL 60641 | | J | 4753 N. 25th #14, Schiller Park, Illinois | | | | | |
| | | | Value $　　　　**Unknown** | | | | 73,321.71 | **Unknown** |
| Account No. **xx-xxxx3939** | | | Mortgage | | | | | |
| **Community Savings Bank** 4801 W. Belmont Ave. Chicago, IL 60641 | | J | Location: 265 Cottage Hill Ave, Elmhurst IL 60126 | | | | | |
| | | | Value $　　　**600,000.00** | | | | 551,798.35 | 0.00 |
| Account No. **xxxxxxxxxx-x0010** | | | Mortgage | | | | | |
| **Diamond Bank FSB** 1051 Perimeter Drive Schaumburg, IL 60173-5833 | | J | 4934 N. Harold #1B & 1D, Schiller Park, Illinois | | | | | |
| | | | Value $　　　**40,000.00** | | | | 59,063.73 | 19,063.73 |
| Account No. **xxxxxxxxxx-x0013** | | | Mortgage | | | | | |
| **Parkway Bank & Trust Co.** 4800 N. Harlem Ave Harwood Heights, IL 60706-3506 | | J | 3719 Ruby St., Schiller Park, IL | | | | | |
| | | | Value $　　　　**Unknown** | | | | 403,983.09 | **Unknown** |

| | | |
|---|---|---|
| **_0_**　continuation sheets attached | Subtotal (Total of this page) | 1,088,166.88 | 19,063.73 |
| | Total (Report on Summary of Schedules) | 1,088,166.88 | 19,063.73 |

B6E (Official Form 6E) (4/10)

.

In re    **Piotr Walega,**
   **Paula Walega,**
                                                                          Case No. _____

                                    ,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Piotr Walega,**                                    Case No. _____
         **Paula Walega**
                                            ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | past due assessments on Harold condos | | | | |
| **4934 N. Harold Condo Assoc. c/o Clark Fabisch Realty 6722 N. Northwest Hwy. Chicago, IL 60631** | | J | | | | | **2,800.00** |
| Account No. **xxxx-xxxxxx-x2003** | | | Credit card | | | | |
| **American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540** | | J | | | | | **41,436.27** |
| Account No. **xxxx-xxxxxx-x3007** | | | Credit card | | | | |
| **American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540** | | J | | | | | **1,371.13** |
| Account No. **xxxx-xxxxxx-x1007** | | | Credit card | | | | |
| **American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540** | | J | | | | | **5,145.93** |

__5__  continuation sheets attached

Subtotal
(Total of this page)                                         **50,753.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Piotr Walega,**
     **Paula Walega**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2002** <br><br> **Blmdsnb** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | W | Opened  2/14/06  Last Active  6/24/09 <br> ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxxxxxx9822** <br><br> **Cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | Opened  5/14/97  Last Active 10/23/02 <br> ChargeAccount | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-5007** <br><br> **Chase Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | J | Credit card | | | | 40,128.00 |
| Account No. **xxxx-xxxx-xxxx-5195** <br><br> **Chase Cardmember Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | J | Credit card | | | | 15,953.84 |
| Account No. **xxxx-xxxx-xxxx-7018** <br><br> **Citibank** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117-6500** | | J | Credit card | | | | 24,275.59 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**80,357.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Piotr Walega,**
     **Paula Walega,**
                                                    ,

Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | J | mortgage on property debtor has no interest in | | | | |
| **Community Savings Bank** **4801 W. Belmont Ave.** **Chicago, IL 60641** | | | | | | | | **Unknown** |
| Account No. xxxxxxxx8060 | | | J | revolving credit (Macy's) | | | | |
| **Department Stores N.B.** **PO Box 689195** **Des Moines, IA 50368-9195** | | | | | | | | **102.67** |
| Account No. xxxxxxxxxx-x0013 | | | J | Guaranty of BusinessDebt | X | X | | |
| **Diamond Bank** **1051 Perimeter Drive** **Schaumburg, IL 60173** | | | | | | | | **Unknown** |
| Account No. | | | J | security deposit on month to month tenancy | X | | | |
| **Jessica Torres** **4934 N. Harold #1B** **Schiller Park, IL 60176** | | | | | | | | **650.00** |
| Account No. | | | J | unsecured note | | | | |
| **Mary Chang** **529 Walnut** **Elmhurst, IL 60126** | | | | | | | | **90,000.00** |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**90,752.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **Piotr Walega,**
    **Paula Walega,**
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Neal Gerber & Eisenberg LLP**<br>**2 N. LaSalle Street**<br>**Ste. 1700**<br>**Chicago, IL 60602-3801** | | J | legal fees for patent | | | | 18,000.00 |
| Account No. **xxxxxx5014**<br><br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | W | Opened 3/30/05 Last Active 1/19/12<br>Other Utility Company | | | | 242.00 |
| Account No. **xxxxx1168**<br><br>**Nordstrom Bank Co. Service Ctr.**<br>**PO Box 6555**<br>**Englewood, CO 80155-6555** | | J | revolving credit | | | | 53.38 |
| Account No. **xxx050-1**<br><br>**Northbrook Bank & Trust**<br>**1145 N. Arlington Heights Road**<br>**Itasca, IL 60143** | | J | Guaranty of BusinessDebt | X | X | | Unknown |
| Account No. **xxxxxxxxxx-x0010**<br><br>**Parkway Bank & Trust Co.**<br>**4800 N. Harlem Ave**<br>**Harwood Heights, IL 60706-3506** | | J | Guaranty of BusinessDebt | X | X | | Unknown |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     18,295.38

B6F (Official Form 6F) (12/07) - Cont.

In re  **Piotr Walega,**  
       **Paula Walega**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx-x0011** | | | **Guaranty of BusinessDebt** | | | | |
| **Parkway Bank & Trust Co. 4800 N. Harlem Ave Harwood Heights, IL 60706-3506** | | J | | X | X | | **Unknown** |
| Account No. **xxxxxxxxxx-x0010** | | | **Guaranty of BusinessDebt** | | | | |
| **Parkway Bank & Trust Co. 4800 N. Harlem Ave Harwood Heights, IL 60706-3506** | | J | | X | X | | **Unknown** |
| Account No. **xxxxxxx3310** | | | **Opened  1/10/04  Last Active  3/03/04 ChargeAccount** | | | | |
| **Rnb-Field3 3701 Wayzata Blvd Mail Stop #2-Cf Minneapolis, MN 55416** | | H | | | | | **0.00** |
| Account No. **x4673** | | | **Guaranty of BusinessDebt** | | | | |
| **Suburban Bank & Trust PO Box 419 Elmhurst, IL 60126-0419** | | J | | X | X | | **Unknown** |
| Account No. **xxxxx1044** | | | **Credit card** | | | | |
| **Von Maur 6565 Brady Street Davenport, IA 52806-2054** | | J | | | | | **198.45** |

Sheet no. __4___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**198.45**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Piotr Walega,**
    **Paula Walega**  Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | legal fees | | | | |
| **Worsek & Vihon LLP** **180 N. LaSalle St., Ste. 3010** **Chicago, IL 60601** | | J | | | | | | **600.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          **600.00**
(Total of this page)

Total            **240,957.26**
(Report on Summary of Schedules)

4934 N. Harold Condo Assoc.
c/o Clark Fabisch Realty
6722 N. Northwest Hwy.
Chicago, IL 60631


American Express
Credit Dept.
P.O. Box 981540
El Paso, TX 79998-1540


Blmdsnb
9111 Duke Blvd
Mason, OH 45040


Cbna
Po Box 6497
Sioux Falls, SD 57117


Chase Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298


Citibank
PO Box 6500
Sioux Falls, SD 57117-6500


Community Savings Bank
4801 W. Belmont Ave.
Chicago, IL 60641


Department Stores N.B.
PO Box 689195
Des Moines, IA 50368-9195


Diamond Bank
1051 Perimeter Drive
Schaumburg, IL 60173


Diamond Bank FSB
1051 Perimeter Drive
Schaumburg, IL 60173-5833


Jessica Torres
4934 N. Harold #1B
Schiller Park, IL 60176

Lorenzini & Assoc. Ltd.
1900 Spring Road, Suite 501
Oak Brook, IL 60523-0400


Mary Chang
529 Walnut
Elmhurst, IL 60126


Neal Gerber & Eisenberg LLP
2 N. LaSalle Street
Ste. 1700
Chicago, IL 60602-3801


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nordstrom Bank Co. Service Ctr.
PO Box 6555
Englewood, CO 80155-6555


Northbrook Bank & Trust
1145 N. Arlington Heights Road
Itasca, IL 60143


Parkway Bank & Trust Co.
4800 N. Harlem Ave
Harwood Heights, IL 60706-3506


Rnb-Field3
3701 Wayzata Blvd Mail Stop #2-Cf
Minneapolis, MN 55416


Suburban Bank & Trust
PO Box 419
Elmhurst, IL 60126-0419


Von Maur
6565 Brady Street
Davenport, IA 52806-2054


Worsek & Vihon LLP
180 N. LaSalle St., Ste. 3010
Chicago, IL 60601