# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WALEGA, PIOTR | § | Case No. 12-06254 |
| WALEGA, PAULA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 21, 2012. The undersigned trustee was appointed on July 30, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 115,100.00

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 15,135.61 |
| Bank service fees | 2,086.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 97,878.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 11/14/2013 and the deadline for filing governmental claims was 11/14/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,005.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,005.00, for a total compensation of $9,005.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.48, for total expenses of $24.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2015 By: /s/Richard M. Fogel
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Period Ending:** 05/14/15

**Trustee:** (330720) Richard M. Fogel
**Filed (f) or Converted (c):** 07/29/13 (c)
**§341(a) Meeting Date:** 09/17/13
**Claims Bar Date:** 11/14/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: 265 Cottage Hill Av, Elmhurst IL 6012<br>Imported from original petition Doc# 1 (See Footnote) | 717,286.00 | 22,000.00 | | 22,000.00 | FA |
| 2 | 4934 N. Harold #1B, Schiller Park, Illinois<br>Imported from original petition Doc# 1 (See Footnote) | 35,000.00 | 0.00 | | 2,200.00 | FA |
| 3 | 4934 N. Harold #1D, Schiller Park, Illinois<br>Imported from original petition Doc# 1 (See Footnote) | 35,000.00 | 0.00 | | 2,200.00 | FA |
| 4 | 4753 N. 25th #14, Schiller Park, Illinois<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 5 | 3719 Ruby St., Schiller Park, IL<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Cash on Hand<br>Imported from original petition Doc# 1 (See Footnote) | 100.00 | 0.00 | | 0.00 | FA |
| 7 | JPMorgan Chase Bank NA Checking xx7647<br>Imported from original petition Doc# 1 (See Footnote) | 10,984.76 | 0.00 | | 0.00 | FA |
| 8 | JPMorgan Chase Bank NA Savings xx6135<br>Imported from original petition Doc# 1 (See Footnote) | 189.26 | 0.00 | | 0.00 | FA |
| 9 | Parkway B&T 370 Georgetown Square Shopping Ctr.,<br>Imported from original petition Doc# 1 (See Footnote) | 30.00 | 0.00 | | 0.00 | FA |
| 10 | Parkway B&T 4646 N Cumberland Ave Chicago IL 606<br>Imported from original petition Doc# 1 (See Footnote) | 638.18 | 0.00 | | 0.00 | FA |
| 11 | Diamond Bank FSB 1051 Perimeter Dr Schaumburg IL<br>Imported from original petition Doc# 1 (See | 122.00 | 0.00 | | 0.00 | FA |

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Period Ending:** 05/14/15

**Trustee:** (330720) Richard M. Fogel
**Filed (f) or Converted (c):** 07/29/13 (c)
**§341(a) Meeting Date:** 09/17/13
**Claims Bar Date:** 11/14/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Footnote) | | | | | |
| 12 | Household goods<br>Imported from original petition Doc# 1 (See Footnote) | 2,000.00 | 500.00 | | 500.00 | FA |
| 13 | Wearing apparel<br>Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 14 | Furs and Jewelry<br>Imported from original petition Doc# 1 (See Footnote) | 2,500.00 | 0.00 | | 0.00 | FA |
| 15 | W&M Condominiums, Inc.<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | Unknown | | 3,100.00 | FA |
| 16 | Hartford Court Development, Inc.<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | Unknown | | 15,000.00 | FA |
| 17 | All Pro Development, Inc.<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 18 | Walega & Mikoda Development, Inc.<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | Unknown | | 2,100.00 | FA |
| 19 | Synerg Investment Group, LLC<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 20 | Judgment against Miroslav Gebka paying $1,000/mo<br>Imported from original petition Doc# 1 (See Footnote) | 188,000.00 | Unknown | | 30,500.00 | FA |
| 21 | Marcus, Boxerman & Chatman LLP balance on retain<br>Imported from original petition Doc# 1 (See Footnote) | 5,000.00 | 0.00 | | 0.00 | FA |
| 22 | Patent No. 8035560<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | Unknown | | 3,900.00 | FA |
| 23 | 2007 Cadillac Escalade<br>Imported from original petition Doc# 1 (See | 22,000.00 | 7,000.00 | | 10,000.00 | FA |

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Period Ending:** 05/14/15

**Trustee:** (330720) Richard M. Fogel
**Filed (f) or Converted (c):** 07/29/13 (c)
**§341(a) Meeting Date:** 09/17/13
**Claims Bar Date:** 11/14/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Footnote) | | | | | |
| 24 | computer, desk, chair<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | Galara claim (u) (u)<br>Debtors amended schedule B (See Footnote) | 1,347,880.00 | Unknown | | 6,100.00 | FA |
| 26 | JPMorgan Chase Bank NA Checking xx6492 (u) (u)<br>Debtors amended schedule B (See Footnote) | 1,489.22 | 0.00 | | 0.00 | FA |
| 27 | Grotto Oakbrook LLC (u)<br>Debtors amended schedule B | 0.00 | 0.00 | | 0.00 | FA |
| 28 | 2005 Porsche Cayanne (50% interest) (u) (u)<br>Debtors amended schedule B (See Footnote) | 3,000.00 | 2,500.00 | | 2,500.00 | FA |
| 29 | 1/3 interest in land trust- 8558 W. Rascher (u) (u)<br>Disclosed in amended schedule A filed 1/16/14<br>(See Footnote) | Unknown | Unknown | | 15,000.00 | FA |
| **29** | **Assets Totals** (Excluding unknown values) | **$2,372,819.42** | **$32,000.00** | | **$115,100.00** | **$0.00** |

RE PROP# 1 Trustee sold right, title and interest subject to liens, claims and encumbrances per o/c 2-11-14
RE PROP# 2 Sold at auction 12-10-13, subject to mortgage
RE PROP# 3 Sold at auction 12-10-13, subject to mortgage
RE PROP# 4 Stay lifted 7-20-12. Property foreclosed.
RE PROP# 5 Sold during chapter 11 per o/c 11-5-12
RE PROP# 6 Amended schedule filed after conversion
RE PROP# 7 Account closed. Funds transferred to DIP xxx6492
RE PROP# 8 Account closed. Funds transferred to DIP xxxx6492
RE PROP# 9 Exempt
RE PROP# 10 Spent during chapter 11
RE PROP# 11 Spent during chapter 11
RE PROP# 12 Trustee sold HHG to debtors per o/c 2-11-14
RE PROP# 14 Exempt
RE PROP# 15 Sold at auction 12-10-13
RE PROP# 16 Sold at auction 12-10-13
RE PROP# 18 Sold at auction 12-10-13
RE PROP# 20 Sold at auction on 12-10-13
RE PROP# 21 Retainer exhausted prior to conversion
RE PROP# 22 Sold at auction 12-10-13

Exhibit A



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Period Ending:** 05/14/15

**Trustee:** (330720) Richard M. Fogel
**Filed (f) or Converted (c):** 07/29/13 (c)
**§341(a) Meeting Date:** 09/17/13
**Claims Bar Date:** 11/14/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 23 Trustee sold to debtors per o/c 2-11-14
RE PROP# 25 Sold at auction 12-10-13
RE PROP# 26 Exempt
RE PROP# 28 Trustee sold to debtors per o/c 2-11-14
RE PROP# 29 Sold to co-owner per o/c 2-12-15

**Major Activities Affecting Case Closing:**

To resolve adversary complaint, debtor waived right to discharge and co-debtor obtained discharge per o/c 12-15-14. Trustee liquidated co-debtor's interest in land trust per o/c 2-12-15.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014 **Current Projected Date Of Final Report (TFR):** June 30, 2015

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Taxpayer ID #:** **-***0716
**Period Ending:** 05/14/15

**Trustee:** Richard M. Fogel (330720)
**Bank Name:** Rabobank, N.A.
**Account:** ******0366 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/13 | | CHICAGO TOWN REALTY & DEVELOPERS, INC. | Deposit for purchase of multiple assets, subject to court approval on 12/12/13 | | 12,000.00 | | 12,000.00 |
| | {18} | | 2,100.00 | 1129-000 | | | 12,000.00 |
| | {25} | | 6,100.00 | 1229-000 | | | 12,000.00 |
| | {22} | | 3,800.00 | 1129-000 | | | 12,000.00 |
| 12/10/13 | {16} | PIOTR & PAULA WALEGA | Deposit for purchase of multiple assets, subject to court approval on 12-12-13 | 1129-000 | 15,000.00 | | 27,000.00 |
| 12/18/13 | | CHICAGO TOWN REALTY & DEVELOPERS, INC. | Balance due for asset purchase, per o/c 12-12-13 | | 3,200.00 | | 30,200.00 |
| | {15} | | 3,100.00 | 1129-000 | | | 30,200.00 |
| | {22} | | 100.00 | 1129-000 | | | 30,200.00 |
| 12/23/13 | | JOANNA SKORUPSKI | Balance of proceeds of sale per o/c 12-12-13 | | 34,900.00 | | 65,100.00 |
| | {2} | | 2,200.00 | 1110-000 | | | 65,100.00 |
| | {3} | | 2,200.00 | 1110-000 | | | 65,100.00 |
| | {20} | | 30,500.00 | 1129-000 | | | 65,100.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.64 | 65,065.36 |
| 01/07/14 | 101 | ROMAY CORP. | Invoice No. 10582: Transcript of auction sale | 2500-000 | | 322.00 | 64,743.36 |
| 01/20/14 | {1} | JOANNA SKORUPSKI | Earnest money deposit for residence and personal property, pending court approval on 2/11/14 | 1110-000 | 3,500.00 | | 68,243.36 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.07 | 68,145.29 |
| 02/04/14 | 102 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 54.29 | 68,091.00 |
| 02/25/14 | | JOANNA SKORUPSKI | Proceeds of sale per o/c 2-11-14 | | 31,500.00 | | 99,591.00 |
| | {23} | | 2007 Cadillac Escalade 10,000.00 | 1129-000 | | | 99,591.00 |
| | {28} | | 2005 Porsche Cayanne 2,500.00 | 1229-000 | | | 99,591.00 |
| | {12} | | Household goods and furnishings 500.00 | 1129-000 | | | 99,591.00 |
| | {1} | | Equity in residence 18,500.00 | 1110-000 | | | 99,591.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.45 | 99,496.55 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.33 | 99,358.22 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.45 | 99,205.77 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.69 | 99,063.08 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.73 | 98,925.35 |
| 07/09/14 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Interim compensation | | | 13,207.22 | 85,718.13 |
| | | | Attorney for trustee fees per o/c 7-8-14 12,807.00 | 3110-000 | | | 85,718.13 |
| | | | Subtotals : | | $100,100.00 | $14,381.87 | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Taxpayer ID #:** **-***0716
**Period Ending:** 05/14/15

**Trustee:** Richard M. Fogel (330720)
**Bank Name:** Rabobank, N.A.
**Account:** ******0366 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney for trustee 400.22<br>expenses per o/c 7-8-14 | 3120-000 | | | 85,718.13 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.86 | 85,574.27 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.98 | 85,455.29 |
| 09/12/14 | 104 | ILLINOIS DEPARTMENT OF REVENUE | Form IL-1041 FYE 6/30/14 EIN: 30-6400716 | 2820-000 | | 683.00 | 84,772.29 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.74 | 84,641.55 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.80 | 84,515.75 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.40 | 84,406.35 |
| 12/02/14 | 105 | KUEHN AND ASSOCIATES | Updated appraisal for 8558 W. Rascher property | 2990-000 | | 600.00 | 83,806.35 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.99 | 83,669.36 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.34 | 83,549.02 |
| 02/11/15 | 106 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 269.10 | 83,279.92 |
| 02/27/15 | {29} | MARY CHANG | Purchase of interest in land trust- per o/c 2-12-15 | 1210-000 | 15,000.00 | | 98,279.92 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.10 | 98,167.82 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.45 | 98,019.37 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.98 | 97,878.39 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **115,100.00** | **17,221.61** | **$97,878.39** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **115,100.00** | **17,221.61** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$115,100.00** | **$17,221.61** | |

| | |
|---|---|
| Net Receipts : | 115,100.00 |
| Net Estate : | $115,100.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0366** | **115,100.00** | **17,221.61** | **97,878.39** |
| | **$115,100.00** | **$17,221.61** | **$97,878.39** |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2013

**Case Number:** 12-06254 | Page: 1 | **Date:** May 14, 2015
**Debtor Name:** WALEGA, PIOTR | **Time:** 11:24:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A<br>200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $9,005.00 | $0.00 | 9,005.00 |
| B<br>200 | RICHARD M. FOGEL<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $24.48 | $0.00 | 24.48 |
| C<br>200 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $51,206.50 | $12,807.00 | 38,399.50 |
| D<br>200 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK STREET<br>SUITE 800<br>CHICAGO, IL 60654 | Admin Ch. 7 | | $1,181.39 | $400.22 | 781.17 |
| E<br>200 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124 | Admin Ch. 7 | | $1,998.50 | $0.00 | 1,998.50 |
| 22<br>200 | Office of the U.S. Trustee<br>219 S. Dearborn Street<br>Room 873<br>Chicago, IL 60604 | Admin Ch. 7 | | $325.00 | $0.00 | 325.00 |
| 6<br>100 | Community Savings Bank<br>Gomberg Sharfman Gold & Ostler, P.C.,<br>Chicago, IL 60604 | Secured | XX-XXXX9391<br>Withdrawn 10-8-13 | $0.00 | $0.00 | 0.00 |
| 7<br>100 | Community Savings Bank<br>Gomberg Sharfman Gold & Ostler, P.C.,<br>Chicago, IL 60604 | Secured | Withdrawn 11-25-14 | $0.00 | $0.00 | 0.00 |
| 8<br>100 | Community Savings Bank<br>Gomberg Sharfman Gold & Ostler, P.C.,<br>Chicago, IL 60604 | Secured | Withdrawn 11-25-14 | $0.00 | $0.00 | 0.00 |
| 21<br>100 | Diamond Bank FSB<br>Franciso E Connell., Esq<br>30 South Wacker Drive Suite 2600<br>Chicago, IL 60606 | Secured | XXXXXXXXXXX-X0010<br>Withdrawn 12-5-14 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040 | Unsecured | XXXXXXXX8060 | $631.27 | $0.00 | 631.27 |
| 2 -2<br>610 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2013

**Case Number:** 12-06254 Page: 2 **Date:** May 14, 2015
**Debtor Name:** WALEGA, PIOTR **Time:** 11:24:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3<br>610 | Von Maur<br>6565 Brady Street<br>Davenport, IA 52806-2054 | Unsecured | Superceded by #23 | $0.00 | $0.00 | 0.00 |
| 4<br>610 | Northbrook Bank & Trust Company<br>Eric A Freeland,Lorenzini & Associates,<br>Ltd,1900 Spring Rd Suite 501<br>Oak Brook, IL 60523 | Unsecured | XXX050-1<br>Disallowed per o/c 9-27-12 | $0.00 | $0.00 | 0.00 |
| 5<br>610 | Community Savings Bank<br>Gomberg Sharfman Gold & Ostler, P.C.,<br>Chicago, IL 60604 | Unsecured | XX-XXXX3939<br>Amended as unsecured 11/25/14 | $551,755.69 | $0.00 | 551,755.69 |
| 9<br>610 | Worsek & Vihon LLP<br>180 N. LaSalle St., Ste. 3010<br>Chicago, IL 60601 | Unsecured | Disallowed per o/c 9-4-12 | $0.00 | $0.00 | 0.00 |
| 10<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXX-XXXXXX-X1007 | $5,170.93 | $0.00 | 5,170.93 |
| 11<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXX-XXXXXX-X3007 | $1,411.76 | $0.00 | 1,411.76 |
| 12<br>610 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | XXXXX1168 | $620.93 | $0.00 | 620.93 |
| 13<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | XXXX-XXXXXX-X2003 | $56,983.03 | $0.00 | 56,983.03 |
| 14<br>610 | Parkway Bank and Trust Company<br>c/o Jason Sleezer, Scott & Kraus, LLC<br>150 South Wacker Drive, Suite 2900<br>Chicago, IL 60606 | Unsecured | XXXXXXXXXXX-X0010<br>Withdrawn 1-28-14 | $0.00 | $0.00 | 0.00 |
| 15 -2<br>610 | Parkway Bank and Trust Company<br>c/o Jason Sleezer, Scott & Kraus, LLC<br>150 South Wacker Drive, Suite 2900<br>Chicago, IL 60606 | Unsecured | XXXXXXXXXXX-X0010<br>Withdrawn 1-28-14 | $0.00 | $0.00 | 0.00 |
| 16<br>610 | Parkway Bank and Trust Company<br>c/o Latimer LeVay Fyock LLC<br>55 W. Monroe Street, Suite 1100<br>Chicago, IL 60603 | Unsecured | XXXXXXXXXXX-X0013<br>Amended as unsecured claim on 11-6-14 | $414,097.43 | $0.00 | 414,097.43 |
| 17<br>610 | Parkway Bank and Trust Company<br>c/o Jason Sleezer, Scott & Kraus, LLC<br>150 South Wacker Drive, Suite 2900<br>Chicago, IL 60606 | Unsecured | XXXXXXXXXXX-X0011 | $1,031,827.07 | $0.00 | 1,031,827.07 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2013

**Case Number:** 12-06254 Page: 3 **Date:** May 14, 2015
**Debtor Name:** WALEGA, PIOTR **Time:** 11:24:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18<br>610 | Parkway Bank and Trust Company<br>c/o Jason Sleezer, Scott & Kraus, LLC<br>150 South Wacker Drive, Suite 2900<br>Chicago, IL 60606 | Unsecured | XXXXXXXXXXX-X0011 | $1,031,827.07 | $0.00 | 1,031,827.07 |
| 19<br>610 | Parkway Bank and Trust Company<br>c/o Jason Sleezer, Scott & Kraus, LLC<br>150 South Wacker Drive, Suite 2900<br>Chicago, IL 60606 | Unsecured | XXXXXXXXXXX-X0010<br>Withdrawn 1-28-14 | $0.00 | $0.00 | 0.00 |
| 20<br>610 | Parkway Bank and Trust Company<br>c/o Jason Sleezer, Scott & Kraus, LLC<br>150 South Wacker Drive, Suite 2900<br>Chicago, IL 60606 | Unsecured | XXXXXXXXXXX-X0010<br>Withdrawn 1-28-14 | $0.00 | $0.00 | 0.00 |
| 23<br>610 | Von Maur<br>6565 Brady Street<br>Davenport, IA 52806-2054 | Unsecured | XXXXX1044 | $616.29 | $0.00 | 616.29 |
| 24<br>610 | Walega & Mikoda Development, Inc.<br>Mariusz Mikoda<br>c/o Nancy J Townsend,9191 Broadway<br>Merrillville, IN 46410 | Unsecured | | $910,000.00 | $0.00 | 910,000.00 |
| 25<br>610 | Neal Gerber & Eisenberg LLP<br>2 N. LaSalle Street<br>Ste. 1700<br>Chicago, IL 60602-3801 | Unsecured | | $24,007.25 | $0.00 | 24,007.25 |
| 26<br>610 | Ewa and Dariusz Wejda<br>c/o Frank J. Kokoszka, Kokoszka & Janczu<br>318 West Adams, Suite 1100<br>Chicago, IL 60606 | Unsecured | | $2,544,654.30 | $0.00 | 2,544,654.30 |
| NOTFILED<br>610 | 4934 N. Harold Condo Assoc.<br>PO Box 1202<br>Elmhurst, IL 60126 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | 4934 N. Harold Condo Assoc. c/o Clark<br>Fabisch Realty<br>6722 N. Northwest Hwy.<br>Chicago, IL 60631 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | American Express Credit Dept.<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | Unsecured | XXXX-XXXXXX-X2003 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | American Express Credit Dept.<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | Unsecured | XXXX-XXXXXX-X3007 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | American Express Credit Dept.<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | Unsecured | XXXX-XXXXXX-X1007 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2013

**Case Number:** 12-06254 Page: 4 **Date:** May 14, 2015
**Debtor Name:** WALEGA, PIOTR **Time:** 11:24:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Anna Rodriguez<br>4934 N. Harold #1B<br>Schiller Park, IL 60176 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blmdsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Unsecured | XXXXXXXXX2002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Assoc. Pathology Cons. Elmhurst SC<br>PO Box 3680<br>Peoria, IL 61612-3680 | Unsecured | XXX X9024 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX9822 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Blmdsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Unsecured | XXXXXXXXX2002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Cardmember Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Unsecured | XXXX-XXXX-XXXX-5007 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX9822 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Cardmember Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Unsecured | XXXX-XXXX-XXXX-5195 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Cardmember Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Unsecured | XXXX-XXXX-XXXX-5007 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Unsecured | XXXX-XXXX-XXXX-7018 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Cardmember Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Unsecured | XXXX-XXXX-XXXX-5195 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Unsecured | XXXX-XXXX-XXXX-7018 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Department Stores N.B.<br>PO Box 689195<br>Des Moines, IA 50368-9195 | Unsecured | XXXXXXXX8060 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Diamond Bank<br>1051 Perimeter Drive<br>Schaumburg, IL 60173 | Unsecured | XXXXXXXXXXX-X0013 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2013

**Case Number:** 12-06254 Page: 5 **Date:** May 14, 2015
**Debtor Name:** WALEGA, PIOTR **Time:** 11:24:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | DuPage Medical Group<br>15921 Collections Center Drive<br>Chicago, IL 60693-0159 | Unsecured | XX1164 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jessica Torres<br>4934 N. Harold #1B<br>Schiller Park, IL 60176 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Elhurst Radiologists SC<br>PO Box 1035<br>Bedford Park, IL 60499-1035 | Unsecured | XXXX-XXXXXX3-002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Neal Gerber & Eisenberg LLP<br>2 N. LaSalle Street<br>Ste. 1700<br>Chicago, IL 60602-3801 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Elmhurst Clinic<br>25847 Network Place<br>Chicago, IL 60673-1258 | Unsecured | XXXXXXXXXXXXX7869 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | Unsecured | XXXXXX5014 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Elmhurst Memorial Hosp.<br>PO Box 4052<br>Carol Stream, IL 60197-4052 | Unsecured | XXXXXXXX7430 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nordstrom Bank Co. Service Ctr.<br>PO Box 6555<br>Englewood, CO 80155-6555 | Unsecured | XXXXX1168 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Elmhurst Memorial Hosp.<br>PO Box 4052<br>Carol Stream, IL 60197-4052 | Unsecured | XXXXXXXX6223 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Elmhurst Memorial Hosp.<br>PO Box 4052<br>Carol Stream, IL 60197-4052 | Unsecured | XXXXXXXX6298 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | Unsecured | XXXXXX5014 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rnb-Field3<br>3701 Wayzata Blvd Mail Stop #2-Cf<br>Minneapolis, MN 55416 | Unsecured | XXXXXXXX3310 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rnb-Field3<br>3701 Wayzata Blvd Mail Stop #2-Cf<br>Minneapolis, MN 55416 | Unsecured | XXXXXXXX3310 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Suburban Bank & Trust<br>PO Box 419<br>Elmhurst, IL 60126-0419 | Unsecured | X4673 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2013

**Case Number:** 12-06254 Page: 6 **Date:** May 14, 2015
**Debtor Name:** WALEGA, PIOTR **Time:** 11:24:36 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Suburban Bank & Trust<br>PO Box 419<br>Elmhurst, IL 60126-0419 | Unsecured | X4673 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Von Maur<br>6565 Brady Street<br>Davenport, IA 52806-2054 | Unsecured | XXXXX1044 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Worsek & Vihon LLP<br>180 N. LaSalle St., Ste. 3010<br>Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 6,637,343.89 | 13,207.22 | 6,624,136.67 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-06254
Case Name: WALEGA, PIOTR
Trustee Name: Richard M. Fogel

**Balance on hand:** **$** 97,878.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: **$** 0.00
Remaining balance: **$** 97,878.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 9,005.00 | 0.00 | 9,005.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 24.48 | 0.00 | 24.48 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 51,206.50 | 12,807.00 | 38,399.50 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 1,181.39 | 400.22 | 781.17 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 1,998.50 | 0.00 | 1,998.50 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

Total to be paid for chapter 7 administration expenses: **$** 50,533.65
Remaining balance: **$** 47,344.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: **$** 0.00
Remaining balance: **$** 47,344.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 47,344.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,573,603.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 631.27 | 0.00 | 4.55 |
| 5 | Community Savings Bank | 551,755.69 | 0.00 | 3,973.88 |
| 10 | American Express Centurion Bank | 5,170.93 | 0.00 | 37.24 |
| 11 | American Express Centurion Bank | 1,411.76 | 0.00 | 10.17 |
| 12 | Nordstrom fsb | 620.93 | 0.00 | 4.47 |
| 13 | American Express Bank, FSB | 56,983.03 | 0.00 | 410.41 |
| 16 | Parkway Bank and Trust Company | 414,097.43 | 0.00 | 2,982.43 |
| 17 | Parkway Bank and Trust Company | 1,031,827.07 | 0.00 | 7,431.48 |
| 18 | Parkway Bank and Trust Company | 1,031,827.07 | 0.00 | 7,431.48 |
| 23 | Von Maur | 616.29 | 0.00 | 4.44 |
| 24 | Walega & Mikoda Development, Inc. | 910,000.00 | 0.00 | 6,554.05 |
| 25 | Neal Gerber & Eisenberg LLP | 24,007.25 | 0.00 | 172.91 |
| 26 | Ewa and Dariusz Wejda | 2,544,654.30 | 0.00 | 18,327.23 |

Total to be paid for timely general unsecured claims: $ 47,344.74
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00