UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-06254 |
| | ) | Chapter 7 |
| Piotr Walega | ) | Hon. Jack B. Schmetterer |
| Paula Walega | ) | |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:    Shaw Fishman Glantz & Towbin LLC

Authorized to Provide
Professional Services to:    Richard M. Fogel, Trustee

Date of Order Authorizing Employment:  December 23, 2013 (effective as of November 19, 2013)
Period for Which
Compensation is Sought: June 1, 2014 – March 31, 2015

Amount of Fees Sought: $    38,399.50

Amount of Expense
Reimbursement Sought: $    781.17

This is an: Interim Application __    Final Application xx

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| 06/17/14 | 11/19/13-05/31/14 | $13,207.72 | $13,207.72 | $0.00 |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $13,207.72

Dated: MAY 19, 2015                    Shaw Fishman Glantz & Towbin LLC

                            By: /s/ Richard M. Fogel, Trustee

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{10763-001 CVR A0404037.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PIOTR WALEGA | ) | Case No. 12-06254 |
| PAULA WALEGA, | ) | |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |

**FINAL APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC, AS COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"), counsel for Richard M. Fogel, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate ("Walega Estate") of Piotr Walega (the "Debtor") and Paula Walega (the "Joint Debtor" and, collectively, the "Debtors"), pursuant to Sections 328 and 330 of title 11, United States Code (the "Bankruptcy Code"), FED. R. BANKR. P. 2002(a)(6), 2016(a), and Local Bankruptcy Rule 5082-1, applies to the Court for the allowance of $38,399.50 in compensation for 106.20 hours of professional services rendered by Shaw Fishman as counsel to the Trustee (the "Compensation Request") for the period beginning June 1, 2014 through and including March 31, 2015 (the "Application Period") and the reimbursement of $781.17 for actual costs incurred incident to those services (the "Expense Request"). In support of this application (the "Application"), Shaw Fishman respectfully states as follows:

## INTRODUCTION

1.   On February 21, 2012 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. On July 29, 2013 ("Conversion Date"), the bankruptcy case of the Walegas (the "Case") was converted to a case under chapter 7 of the

{10763-001 APPL A0404035.DOC}244910

Bankruptcy Code. Shortly thereafter, the Trustee was appointed as the interim chapter 7 trustee in the Case.

2. On December 16, 2013, the Trustee filed his Application to Employ Shaw Fishman as his counsel in connection with the Case (the "Retention Application"). On December 23, 2013, this Court entered an order granting the Retention Application (the "Retention Order") authorizing the employment of Shaw Fishman effective November 19, 2013 [Dkt. No. 199.

3. On the Conversion Date, the Debtors held interests in a number of business entities. The Debtors also owned certain real property and a variety of personal property.

4. The Trustee received offers to purchase some of the property of the Estate from two creditors.

5. Shaw Fishman assisted the Trustee by preparing sale agreements for the proposed transaction and a sale motion, a notice of hearing and a proposed order. In response to the sale motion, the Debtors borrowed funds from a third party, made higher and better bids for some of the assets and the proceeds of sale for those assets was increased from $17,000.00 to $65,100.00 as a result of these services and the asset sales were approved by order of Court dated December 13, 2013 [Dkt. No. 196].

6. The Trustee subsequently negotiated a sale of the Estate's right, title and interest in the remaining non-exempt property to the Debtors.

7. Shaw Fishman assisted the Trustee by preparing a sale agreement for the proposed transaction and a sale motion, a notice of hearing and a proposed order. This sale was approved by order of Court dated February 11, 2014 [Dkt. No. 217].

8.     After the completion of the asset sales, the Trustee filed an objection to the Debtors' discharge [Dkt. No. 229].

9.     Shaw Fishman assisted the Trustee in connection with this matter by conducting discovery, reviewing documents and preparing an adversary complaint (the "Complaint").

10.    On June 17, 2014, Shaw Fishman filed an interim application for compensation and expenses for the period commencing November 19, 2013 through and including May 31, 2014 for the services described above (the "Interim Application") and on July 9, 2014, the Court awarded Shaw Fishman the sums of $12,807.50 for interim compensation and $400.22 for reimbursement of expenses [Dkt. No. 230].

11.    Shaw Fishman continued to provide legal services to the Trustee. Shaw Fishman prosecuted the Complaint, which resulted in a voluntary waiver of discharge by the Debtor that was approved by the Court on December 15, 2014 [Dkt. No. 243]. The Joint Debtor was discharged on December 18, 2014.

12.    Shaw Fishman also assisted the Trustee with his investigation into the Joint Debtor's interest in a land trust (the "Trust") that resulted in the Trustee's sale of the interest to a co-owner of the Trust for $15,000 that was approved by the Court on February 12, 2015 [Dkt. No. 254]. Shaw Fishman also prepared applications for compensation for the Trustee's professionals in connection with the Trustee's Final Report.

**JURISDICTION**

13.    This Court has jurisdiction over the Case pursuant to Sections 157(b)(2)(A) and (O) and 1334 of title 28, United States Code. This is a core proceeding pursuant to Section 157(b)(2)(A) of title 28, United States Code. Venue is proper pursuant to Sections 1408 and 1409 of title 28, United States Code.

## SERVICES RENDERED BY SHAW FISHMAN

14. Throughout the Application Period, Shaw Fishman rendered 106.20 hours of legal and paraprofessional services in connection with its representation of the Trustee having an aggregate value of $38,399.50, for an average hourly rate of $361.58. Shaw Fishman provided professional services to the Trustee that were consistent in scope to those authorized in the Retention Order. All of the services for which compensation is requested were services which, in Shaw Fishman' billing judgment, were necessarily rendered after due consideration of the expected costs and anticipated benefits of such services.

15. In an effort to provide the Court and parties in interest with understandable information concerning the amount and nature of Shaw Fishman' services during the Application Period, and in compliance with Local Bankruptcy Rule 5082-1, Shaw Fishman has classified its services into separate categories of services as follows:

| Description | Total Hours | Total Fees Incurred |
| --- | --- | --- |
| Fee Applications | 3.70 | $1,710.00 |
| General Investigation | 1.60 | 720.00 |
| Objection to Discharge | 98.40 | 34,792.00 |
| Sale of Assets | 2.50 | 1,177.50 |
| **Total** | **106.20** | **$38,399.50** |

16. A detailed invoice (the "Invoice") containing time entries for each category is attached as <u>Exhibit A</u> to this Application. The following is a separate description of each of the Shaw Fishman categories, which generally describe the tasks performed. The Invoice provides detailed descriptions of all services rendered in each of the above categories and the timekeeper, date and amount of time expended in each category.

{10763-001 APPL A0404035.DOC}                                             4

### Fee Applications

17. Shaw Fishman expended 3.70 hours of professional services having a value of $1,710.00 in connection with services pertaining to compensation of professionals. Shaw Fishman's services in this category included, among other things: (a) drafting, filing, serving and presenting the Interim Application; and (b) drafting the final applications for Shaw Fishman and Popowcer Katten, Ltd., the accountants for the Trustee.

### General Investigation

18. Shaw Fishman expended 1.60 hours of professional services having a value of $720.00 in connection with services pertaining to the Trustee's investigation of the Trust. Shaw Fishman's services in this category included drafting, filing, serving and presenting a motion to authorize the Rule 2004 examination of Community Savings Bank, the land trustee.

### Objection to Discharge

19. Shaw Fishman expended 98.40 hours of professional services having a value of $34,792.00 in connection with the Complaint. Services rendered by Shaw Fishman in this category include, among other things: (a) drafting and serving discovery requests on the Debtors; (b) drafting and serving the Trustee's responses to the Debtors' discovery requests; and (c) drafting, serving and presenting the motion to approve the Debtor's waiver of discharge.

### Sale of Assets

20. Shaw Fishman expended 2.50 hours of professional services having a value of $1,177.50 in connection with services pertaining to the sale of the interest in the Trust. Services rendered by Shaw Fishman in this category include, among other things: (a) preparation of a sale agreement; (b) drafting, filing, serving and presenting the motion to approve the sale; and (c) preparation of conveyance documents.

## Summary of Services Rendered By Professional

21.　In summary, the total compensation sought for each professional with respect to the aforementioned categories is as follows:

| Professional | Position | Hourly Rate[1] | Hours | Total Amount |
|---|---|---|---|---|
| Jeffrey L. Widman | Member | $460-470 | 7.90 | $3,637.00 |
| Kevin M. Hyde | Associate | $340 | 87.00 | 29,580.00 |
| Richard M. Fogel | Of Counsel | $450-475 | 11.30 | 5,182.50 |
| TOTAL | | | 106.20 | $38,399.50 |

22.　The hourly rates charged by Shaw Fishman compare favorably with the rates charged by other Chicago metropolitan firms having attorneys and paralegals with similar experience and expertise as the Shaw Fishman professionals providing services to the Trustee in connection with the Case. Further, the amount of time spent by Shaw Fishman with respect to the Case is reasonable given the difficulty of the issues presented, the time constraints imposed by the circumstances, the amounts at stake, the sophistication and experience of opposing counsel and the ultimate benefit to the Debtors' Estate.

23.　Shaw Fishman's efforts in this regard have inured to the benefit the Estate and to the interests of its creditors. Given the criteria set forth in § 330, namely (a) the nature, extent and value of the services; (b) the time spent; (c) the rates charged for such services; (d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and (e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Shaw Fishman respectfully

---

[1] On January 1, 2015, Shaw Fishman raised the rates of certain professionals.

{10763-001 APPL A0404035.DOC}　　　6

submits that the requested interim compensation represents a fair and reasonable amount that should be allowed in full.

## EXPENSES

24. The actual and necessary costs expended by Shaw Fishman during the Application Period are detailed in Exhibit A. The requested reimbursement amount for expenses incurred is $781.17. All of the expenses for which reimbursement is sought are expenses that Shaw Fishman customarily recoups from all of its clients.

25. The specific expenses incurred during the Application Period for which reimbursement is requested are as follows:

| Category | Amount |
|---|---|
| Clerk of Court | $6.50 |
| Photocopy | 357.60 |
| Messenger | 6.06 |
| PACER Research | 37.60 |
| Transcripts | 282.95 |
| Westlaw | 65.45 |
| **TOTAL:** | **$781.17** |

26. All expenses incurred by Shaw Fishman incidental to its services were customary and necessary expenses. All expenses billed to the Trustee were billed in the same manner as Shaw Fishman bills non-bankruptcy clients. Further, the expenses for which reimbursement is sought constitute the types and amounts previously allowed by bankruptcy judges in this and other judicial districts.

## STATUS OF THE CASE

27.  The Trustee is currently holding approximately $98,000 in his Estate account. The Trustee has filed final Estate income tax returns for the tax year ending March 31, 2015 and has filed his Final Report with the United States Trustee.

## COMPLIANCE WITH 11 U.S.C. § 504

28.  Other than as provided for and allowed by 11 U.S.C. § 504, there is no agreement between Shaw Fishman and any other firm, person or entity for the sharing of division of any compensation paid or payable to Shaw Fishman.

## NOTICE

29.  Notice of the hearing on the Application has been served upon the Debtors, their counsel, the United States Trustee, and all creditors and parties in interest by the Clerk of the Court.

WHEREFORE, Shaw Fishman requests the entry of an order, substantially in the form attached hereto, that:

(a)  Allows Shaw Fishman $38,399.50 in final compensation for the Application Period;

(b)  Allows Shaw Fishman $781.17 in expense reimbursement for the Application Period;

(c)  Authorizes the Trustee to pay Shaw Fishman the entire amount of such allowed fees and expenses;

(d)  Deems the interim compensation and reimbursement of expenses to be final;

(e)  Waives other and further notice of the hearing with respect to the Application; and

(f)  Provides Shaw Fishman with such additional relief as may be appropriate and just under the circumstances.

Dated: MAY 19, 2015

Respectfully submitted,

Shaw Fishman Glantz & Towbin LLC

By:  /s/ Richard M. Fogel

Jeffrey L. Widman (#6226367)
Richard M. Fogel (#3127114)
Kevin M. Hyde (#6286452)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

# EXHIBIT A

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Invoice 17840
March 31, 2015

Richard Fogel as Trustee for Piotr and Paula Walega
Chicago, IL 60654

ID: 10763-001 - RF

Re: Represent Ch. 7 Trustee

For Services Rendered Through 3/31/2015

**Please include Invoice Number with Payment**

| | | |
|---|---|---|
| Current Fees | 38,399.50 | |
| Current Disbursements | 781.17 | |
| **Total Current Charges** | | **39,180.67** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

Richard Fogel as Trustee for Piotr and Paula Walega     March 31, 2015
I.D. 10763-001 - RF                                      Invoice  17840
Re: Represent Ch. 7 Trustee

### Fee Recap

| Name | Title | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| Jeffrey L. Widman | Member | 7.60 | 460.00 | 3,496.00 |
| Jeffrey L. Widman | Member | 0.30 | 470.00 | 141.00 |
| Kevin M. Hyde | Associate | 87.00 | 340.00 | 29,580.00 |
| Richard M. Fogel | Of-Counsel | 7.40 | 450.00 | 3,330.00 |
| Richard M. Fogel | Of-Counsel | 3.90 | 475.00 | 1,852.50 |
| | **Totals** | **106.20** | | **38,399.50** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Richard Fogel as Trustee for Piotr and Paula Walega | March 31, 2015 |
| I.D. 10763-001 - RF | Invoice 17840 |
| Re: Represent Ch. 7 Trustee | |

### Fee Recap by Task Code Description

| Task Code | Hours | Amount |
|---|---|---|
| Fee Applications | 3.70 | 1,710.00 |
| General Investigation | 1.60 | 720.00 |
| Objection To Discharge | 98.40 | 34,792.00 |
| Sale of Assets | 2.50 | 1,177.50 |
| **Total Fees** | **106.20** | **38,399.50** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Richard Fogel as Trustee for Piotr and Paula Walega | March 31, 2015 |
| I.D. 10763-001 - RF | Invoice 17840 |
| Re: Represent Ch. 7 Trustee | |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Fee Applications** | | | | | |
| 06/13/14 | RF | Prepare application, notice of hearing and proposed order for interim compensation for attorneys for trustee | 0.80 | 450.00 | 360.00 |
| 06/16/14 | RF | Finalize fee application | 0.30 | 450.00 | 135.00 |
| 07/08/14 | RF | To court to present application for interim compensation | 0.80 | 450.00 | 360.00 |
| 03/30/15 | RF | Preparation of final applications for compensation for Shaw Fishman (1.2) and Popowcer Katten (.6) | 1.80 | 475.00 | 855.00 |
| | | **Fee Applications Totals** | **3.70** | | **1,710.00** |
| **General Investigation** | | | | | |
| 10/23/14 | RF | Prepare motion to authorize Rule 2004 of Community Savings Bank re: Rascher property | 0.70 | 450.00 | 315.00 |
| 11/06/14 | RF | To court to present motion to authorize examination of Community Savings Bank | 0.90 | 450.00 | 405.00 |
| | | **General Investigation Totals** | **1.60** | | **720.00** |
| **Objection To Discharge** | | | | | |
| 06/03/14 | KMH | Review bankruptcy petition, schedules, correspondence and adversary complaint. | 3.00 | 340.00 | 1,020.00 |
| 06/04/14 | KMH | Preparation of first set of discovery requests. | 1.40 | 340.00 | 476.00 |
| 06/05/14 | KMH | Research and review potential assets and property owned by debtors and affiliates (4.5); review recorded documents (1.1); review disclosures (.70); additional review of correspondence and documents (.70); begin preparation of requests for admission (.50). | 7.50 | 340.00 | 2,550.00 |
| 06/06/14 | KMH | Additional review of documents and correspondences related to adversary complaint (1.8); preparation of first request for production of documents; first set of interrogatories; and requests for admission (1.4) | 3.20 | 340.00 | 1,088.00 |
| 06/09/14 | KMH | Continued preparation of discovery requests (1.1); Conference with J. Widman re: discovery requests (.20); review and revise same (.80). | 2.10 | 340.00 | 714.00 |
| 06/09/14 | JLW | Revised discovery drafts | 1.50 | 460.00 | 690.00 |
| 06/10/14 | KMH | Finalize first requests for production; first set of interrogatories and | 1.50 | 340.00 | 510.00 |

Page: 1

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| Richard Fogel as Trustee for Piotr and Paula Walega | | | | | March 31, 2015 |
| I.D. 10763-001 - RF | | | | | Invoice 17840 |
| Re: Represent Ch. 7 Trustee | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | first set of requests for admission; service of same. | | | |
| 06/19/14 | KMH | Review and analyze discovery requests; research regarding related entities for responses to discovery requests; review and analysis of responsive documents. | 3.50 | 340.00 | 1,190.00 |
| 06/20/14 | KMH | Additional review and analysis of Royal Foods documents and research re: company in furtherance of discovery responses. | 4.50 | 340.00 | 1,530.00 |
| 06/23/14 | KMH | Preparation of Answers to Interrogatories. | 3.50 | 340.00 | 1,190.00 |
| 06/24/14 | JLW | Drafted discovery responses | 1.00 | 460.00 | 460.00 |
| 06/24/14 | KMH | Review and analyze Royal Foods documents and checks signed by debtor on behalf of Royal Foods and create summary of same (3.5); prepare responses to requests for production (2.8). | 6.30 | 340.00 | 2,142.00 |
| 06/25/14 | KMH | Finalize discovery responses and responses to request for production of documents; (4.5); conference with J. WIdman re: same (.20); conference with R. Fogel re: same (.20); review and redact SSN #'s in production (1.8); Bates number production (.40); service re: same (.10). | 7.20 | 340.00 | 2,448.00 |
| 06/30/14 | JLW | Reviewed Wejda adversary complaint | 0.30 | 460.00 | 138.00 |
| 07/14/14 | KMH | Initial receipt and review of discovery responses and documents. | 1.20 | 340.00 | 408.00 |
| 07/17/14 | JLW | Reviewed Walega's discovery responses | 0.50 | 460.00 | 230.00 |
| 08/12/14 | KMH | Conference with R. Fogel re: dischargeability issues. | 0.20 | 340.00 | 68.00 |
| 08/12/14 | JLW | Reviewed Walega discovery responses | 0.30 | 460.00 | 138.00 |
| 08/13/14 | KMH | Conference with R. Fogel re: discovery status. | 0.10 | 340.00 | 34.00 |
| 08/18/14 | JLW | Reviewed 341 meeting transcript | 0.50 | 460.00 | 230.00 |
| 08/19/14 | KMH | Preparation for strategy conference and strategy conference with J. Widman and R. Fogel. | 0.90 | 340.00 | 306.00 |
| 08/19/14 | JLW | Office conference w/K. Hyde and R. Fogel re: strategy (.7); reviewed Walega pleadings and discovery requests (1.3) | 2.00 | 460.00 | 920.00 |
| 08/20/14 | KMH | Review documents produced by debtor and analysis of second set of discovery requests from debtors. | 2.20 | 340.00 | 748.00 |
| 08/21/14 | KMH | Review and analyze discovery documents and discovery matters and pending motions. | 0.70 | 340.00 | 238.00 |
| 08/22/14 | KMH | Analyze creditors claims (.50); conference with N. Townsend and receipt and review of subpoenas issued by debtor (.40); conference with F. Kokoszka re: dischargeabilty issues (.20); conference with R. Fogel re: same (.40); review and analyze documents and preparation of amended complaint (2.2). | 3.70 | 340.00 | 1,258.00 |
| 08/25/14 | KMH | Conference re: discovery requests and conference re: amended complaint (.70). | 0.70 | 340.00 | 238.00 |
| 08/25/14 | JLW | Reviewed Walega discovery responses | | 460.00 | |
| 08/26/14 | KMH | Legal research in furtherance of amended complaint. | 2.10 | 340.00 | 714.00 |
| 08/26/14 | JLW | Reviewed Wejda Complaint and supporting documents (.7); office conference w/R. Fogel re: same (.3) | 1.00 | 460.00 | 460.00 |
| 08/27/14 | KMH | Conference call with Debtors' counsel re: discovery (.30); revise | 5.10 | 340.00 | 1,734.00 |

**Shaw Fishman Glantz & Towbin LLC**

---

Richard Fogel as Trustee for Piotr and Paula Walega  
I.D. 10763-001 - RF  
Re: Represent Ch. 7 Trustee

March 31, 2015  
Invoice 17840

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | amended complaint (2.5); prepare motion for leave to file (1.1); correspondences with debtors' counsel re: filing of same and trial schedules (.30); additional research in furtherance of amended complaint (.90). | | | |
| 08/27/14 | JLW | Reviewed Walega discovery responses | 0.50 | 460.00 | 230.00 |
| 08/28/14 | KMH | Conference with J. WIdman re: amended complaint (.20); conferences with debtors' counsel and Mikoda's counsel re: dischargeability issues (.20); preparation of amended complaint (.70). | 1.10 | 340.00 | 374.00 |
| 08/29/14 | KMH | Prepare for court appearance (.50); court appearance for pending motions (1.2); prepare update and docket deadline (.20). | 1.90 | 340.00 | 646.00 |
| 09/01/14 | KMH | Review and analyze discovery documents produced by all parties in support of objection to discharge. | 1.50 | 340.00 | 510.00 |
| 09/03/14 | KMH | Correspondences with counsel re: documents and scheduled Mikoda deposition (.30); review Mikoda documents (.50); correspondence with counsel re: trial (.10); attention to discharge issues (.70). | 1.60 | 340.00 | 544.00 |
| 09/04/14 | KMH | Conference with debtors' counsel (.30); conference with J. Widman and R. Fogel re: trial (.30); preparation of orders and schedule (.50); additional conference with debtors' counsel (.20); conference regarding trial (.30); analyze trial issues (1.0); conference regarding revised order (.30). | 2.90 | 340.00 | 986.00 |
| 09/04/14 | JLW | Office conference with K. Hyde re: discovery | 0.30 | 470.00 | 141.00 |
| 09/05/14 | KMH | Analyze trial issues and schedule for same. | 0.80 | 340.00 | 272.00 |
| 09/11/14 | RF | To court to present motion to file amended complaint and reschedule pre-trial conference and trial dates | 1.10 | 450.00 | 495.00 |
| 09/15/14 | KMH | Conference with R. Fogel re: hearing (.10); conference with F. Kokoshka re: documents (.10); review and analyze discovery documents (1.5); conference with R. Fogel and J. Widman re: dischargeability issues (.30). | 1.90 | 340.00 | 646.00 |
| 09/17/14 | KMH | Attention to complaint and filing same (1.1); prepare for Mikoda deposition (1.5); Mikoda deposition (3.3). | 5.90 | 340.00 | 2,006.00 |
| 09/18/14 | KMH | Review of deposition notes and documents; prepare summary of same. | 2.20 | 340.00 | 748.00 |
| 09/19/14 | KMH | Conference regarding case status and schedule. | 0.30 | 340.00 | 102.00 |
| 09/22/14 | KMH | Strategize re: dischargeability issues and trial. | 0.70 | 340.00 | 238.00 |
| 09/24/14 | KMH | Analyze schedule issues. | 0.20 | 340.00 | 68.00 |
| 10/20/14 | KMH | Prepare for court appearance; court appearance for status conference. | 1.40 | 340.00 | 476.00 |
| 11/13/14 | KMH | Review of discovery documents and analysis of discharge issues. | 1.20 | 340.00 | 408.00 |
| 11/14/14 | KMH | Conference with R. Fogel (.30); review and analyze documents and analyze objection to discharge issues (1.5). | 1.80 | 340.00 | 612.00 |
| 11/21/14 | KMH | Analyze dischargeability issues. | 0.40 | 340.00 | 136.00 |
| 11/24/14 | RF | Prepare waiver of discharge for Piotr Walega and motion to | 1.50 | 450.00 | 675.00 |

## Shaw Fishman Glantz & Towbin LLC

| | |
|---|---|
| Richard Fogel as Trustee for Piotr and Paula Walega | March 31, 2015 |
| I.D. 10763-001 - RF | Invoice 17840 |
| Re: Represent Ch. 7 Trustee | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | approve waiver for Piotr and dismissal for Paula | | | |
| 11/26/14 | KMH | Conference with R. Fogel re: waiver of discharge (.30); correspondence re: pre-trial conference (.20). | 0.50 | 340.00 | 170.00 |
| 12/02/14 | KMH | Correspondence regarding status of waiver of discharge. | 0.10 | 340.00 | 34.00 |
| 12/15/14 | RF | To court to present motion to approve waiver of debtor's discharge and dismissal of objection to co-debtor. | 0.90 | 450.00 | 405.00 |
| | | **Objection To Discharge Totals** | **98.40** | | **34,792.00** |

**Sale of Assets**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/14 | RF | Prepare purchase and sale agreement for land trust interest and forward to N. Newman, attorney for buyer, for review and comment | 0.40 | 450.00 | 180.00 |
| 01/08/15 | RF | Revise sale agreement per Newman's comments | 0.20 | 475.00 | 95.00 |
| 01/09/15 | RF | Prepare motion to approve sale of interest in land trust and forward to Newman for comment | 0.80 | 475.00 | 380.00 |
| 01/12/15 | RF | Revise sale motion per Newman comments, prepare notice of hearing and proposed order | 0.20 | 475.00 | 95.00 |
| 02/12/15 | RF | To court to present motion to approve sale of interest in land trust | 0.90 | 475.00 | 427.50 |
| | | **Sale of Assets Totals** | **2.50** | | **1,177.50** |
| | | **Total Fees** | **106.20** | | **38,399.50** |

### Disbursements

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 06/05/14 | Photocopy; Disclosure statement (K. Bobb) | 21 | @ | 0.10 | 2.10 |
| 06/10/14 | Photocopy; Requests (K. Bobb) | 69 | @ | 0.10 | 6.90 |
| 06/10/14 | Photocopy; Exhibits, Request to Admit, Interrogatories (K. Bobb) | 108 | @ | 0.10 | 10.80 |
| 06/19/14 | Photocopy; Agreement (K. Bobb) | 10 | @ | 0.10 | 1.00 |
| 06/25/14 | Photocopy; Response (K. Bobb) | 35 | @ | 0.10 | 3.50 |
| 06/30/14 | Postage; Postage for June 2014 | | | | 5.32 |
| 06/30/14 | Pacer Research; Pacer Research (KMH) | | | | 21.00 |
| 07/14/14 | Photocopy; Answer to Documents Requests; Document Response (K. Bobb) | 208 | @ | 0.10 | 20.80 |
| 08/12/14 | Photocopy; Transcript of Hearing; Response (K. Bobb) | 36 | @ | 0.10 | 3.60 |
| 08/18/14 | Photocopy; Subpoena; Email (K. Bobb) | 13 | @ | 0.10 | 1.30 |
| 08/19/14 | Photocopy; Second set of interrogatories; Motion/ Complaint (K. Bobb) | 244 | @ | 0.10 | 24.40 |
| 08/22/14 | Photocopy; Confirmation Hearing Exhibits (K. Bobb) | 580 | @ | 0.10 | 58.00 |
| 08/22/14 | Photocopy; Subpoena (K. Bobb) | 29 | @ | 0.10 | 2.90 |
| 08/27/14 | Westlaw; (KHM); West Group | | | | 65.45 |
| 08/28/14 | Photocopy; Motion, Proposed Order, Notice of Motion, Amended | 50 | @ | 0.10 | 5.00 |

## Shaw Fishman Glantz & Towbin LLC

| | | | | |
|---|---|---|---|---|
| Richard Fogel as Trustee for Piotr and Paula Walega | | | | March 31, 2015 |
| I.D. 10763-001 - RF | | | | Invoice 17840 |
| Re: Represent Ch. 7 Trustee | | | | |

| Date | Description | | | Amount |
|---|---|---|---|---|
| | Complaint (K. Bobb) | | | |
| 08/29/14 | Photocopy; Judge's Info, Motion (K. Bobb) | 28 @ | 0.10 | 2.80 |
| 08/31/14 | Postage; Postage for August, 2014 | | | 2.09 |
| 09/02/14 | Photocopy; Response (K. Bobb) | 100 @ | 0.10 | 10.00 |
| 09/03/14 | Photocopy; Deposition exhibits; citation (K. Bobb) | 1595 @ | 0.10 | 159.50 |
| 09/15/14 | Photocopy; Supplemental Document Production and Email (K. Bobb) | 168 @ | 0.10 | 16.80 |
| 09/17/14 | Photocopy; Certificate of Service; Amended Complaint and Exhibits (K. Bobb) | 141 @ | 0.10 | 14.10 |
| 09/17/14 | Transcripts; Transcript of Mariusz Mikoda deposition (KMH); Shelley Plate Reporting, Inc. | | | 282.95 |
| 09/18/14 | Photocopy; Amended Complaint and Deposition Summary (K. Bobb) | 16 @ | 0.10 | 1.60 |
| 09/25/14 | Clerk of the Court; Copy of a judgment (KMH); Clerk of the Court | | | 6.50 |
| 09/30/14 | Postage; Postage for September 2014 | | | 1.40 |
| 09/30/14 | Pacer Research; Docket (JLS) (KMH) | | | 1.40 |
| 10/03/14 | Pacer Research; Walega (KMH) | | | 1.00 |
| 10/31/14 | Postage; Postage for October 20014 | | | 3.38 |
| 11/13/14 | Photocopy; Final pre trial order, Answer, Amended Complaint, Index (K. Bobb) | 26 @ | 0.10 | 2.60 |
| 11/14/14 | Photocopy; Amended Complaint (K. Bobb) | 19 @ | 0.10 | 1.90 |
| 11/14/14 | Pacer Research; (KMH) | | | 14.20 |
| 12/03/14 | Photocopy; Motion to approve waiver of discharge (C. Knez) | 48 @ | 0.10 | 4.80 |
| 12/28/14 | Postage; Postage for December 2014. | | | 7.14 |
| 01/13/15 | Photocopy; Motion and Notice (C. Knez) | 32 @ | 0.10 | 3.20 |
| 01/31/15 | Postage; Postage for January 2015 | | | 5.68 |
| 02/27/15 | Messenger; Much Shelist (C. Knez); USM Messenger & Logistics | | | 6.06 |
| | **Total Disbursements** | | | **781.17** |
| | | | | |
| | **Total Fees and Disbursements** | | | **39,180.67** |
| | **Total Current Charges** | | | **39,180.67** |

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Richard Fogel as Trustee for Piotr and Paula Walega | March 31, 2015 |
| I.D. 10763-001 - RF | Invoice 17840 |
| Re: Represent Ch. 7 Trustee | |

### Disbursement Recap

| | Amount |
|---|---:|
| Clerk of the Court | 6.50 |
| Photocopy | 357.60 |
| Messenger | 6.06 |
| Pacer Research | 37.60 |
| Postage | 25.01 |
| Transcripts | 282.95 |
| Westlaw | 65.45 |
| **Total Disbursements** | **781.17** |