UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 12-06254 |
| ) | |
| WALEGA, PIOTR ) | |
| WALEGA, PAULA ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on June 30, 2015 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  May 19, 2015_____        By:  /s/ Richard M. Fogel_____
                                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WALEGA, PIOTR § Case No. 12-06254
　　　　WALEGA, PAULA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　　　$　　115,100.00

*and approved disbursements of*　　　　　　$　　　17,221.61

*leaving a balance on hand of* [1]　　　　　　$　　　97,878.39

**Balance on hand:**　　　　　　　　$　　　97,878.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None ||||||

Total to be paid to secured creditors:　　$　　　　0.00
Remaining balance:　　　　　　　　　　$　　97,878.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 9,005.00 | 0.00 | 9,005.00 |
| Trustee, Expenses - RICHARD M. FOGEL | 24.48 | 0.00 | 24.48 |
| Attorney for Trustee, Fees - SHAW FISHMAN GLANTZ & TOWBIN LLC | 51,206.50 | 12,807.00 | 38,399.50 |
| Attorney for Trustee, Expenses - SHAW FISHMAN GLANTZ & TOWBIN LLC | 1,181.39 | 400.22 | 781.17 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 1,998.50 | 0.00 | 1,998.50 |
| Fees, United States Trustee | 325.00 | 0.00 | 325.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administration expenses: $ 50,533.65
Remaining balance: $ 47,344.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 47,344.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 47,344.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,573,603.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 631.27 | 0.00 | 4.55 |
| 5 | Community Savings Bank | 551,755.69 | 0.00 | 3,973.88 |
| 10 | American Express Centurion Bank | 5,170.93 | 0.00 | 37.24 |
| 11 | American Express Centurion Bank | 1,411.76 | 0.00 | 10.17 |
| 12 | Nordstrom fsb | 620.93 | 0.00 | 4.47 |
| 13 | American Express Bank, FSB | 56,983.03 | 0.00 | 410.41 |
| 16 | Parkway Bank and Trust Company | 414,097.43 | 0.00 | 2,982.43 |
| 17 | Parkway Bank and Trust Company | 1,031,827.07 | 0.00 | 7,431.48 |

UST Form 101-7-NFR (10/1/2010)

Case 12-06254    Doc 263    Filed 05/27/15    Entered 05/29/15 23:50:14    Desc Imaged
Certificate of Notice    Page 4 of 7

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Parkway Bank and Trust Company | 1,031,827.07 | 0.00 | 7,431.48 |
| 23 | Von Maur | 616.29 | 0.00 | 4.44 |
| 24 | Walega & Mikoda Development, Inc. | 910,000.00 | 0.00 | 6,554.05 |
| 25 | Neal Gerber & Eisenberg LLP | 24,007.25 | 0.00 | 172.91 |
| 26 | Ewa and Dariusz Wejda | 2,544,654.30 | 0.00 | 18,327.23 |

Total to be paid for timely general unsecured claims: $ 47,344.74
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Richard M. Fogel
                                             Trustee

Richard M. Fogel
321 N. Clark Street
Suite 800
Chicago, IL  60654
(312) 276-1334
rfogel@shawfishman.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-06254-JBS
Piotr Walega                                                        Chapter 7
Paula Walega
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet           Page 1 of 2           Date Rcvd: May 27, 2015
                              Form ID: pdf006           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2015.
```
db/jdb         +Piotr Walega,    Paula Walega,    265 Cottage Hill Ave,    Elmhurst, IL 60126-3353
aty            +Richard N. Golding,    500 N. Dearborn St., 2nd Fl.,    500 N. Dearborn St.,   2nd Flr.,
                 Chicago, IL 60654-3300,   US
20863044       +4934 N Harold Condo Assoc,    PO Box 1202,    Elmhurst, IL 60126-8202
18509573       +4934 N. Harold Condo Assoc.,    c/o Clark Fabisch Realty,    6722 N. Northwest Hwy.,
                 Chicago, IL 60631-1320
18509574        American Express,    Credit Dept.,    P.O. Box 981540,    El Paso, TX 79998-1540
18915505        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18886312        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20863045       +Anna Rodriquez,    4934 N Harold #1B,    Schiller Park, IL 60176-1156
20863046        Assoc Pathology Cons Elmhurst SC,    PO Box 3680,    Peoria, IL 61612-3680
18509575       +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18509576       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
18509577        Chase Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
18509578        Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
18509579       +Community Savings Bank,    Gomberg Sharfman Gold & Ostler, P.C.,    Raymond J Ostler,
                 208 S LaSalle Suite 1410,    Chicago, IL 60604-1253
18868656       +Comunity Savings Bank,    4801 W Belmont Ave,    Chicago, IL 60641-4399
18509580        Department Stores N.B.,    PO Box 689195,    Des Moines, IA 50368-9195
18563953       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
18509581       #+Diamond Bank,    1051 Perimeter Drive,    Schaumburg, IL 60173-5009
18509582       +Diamond Bank FSB,    Franciso E Connell., Esq,    30 South Wacker Drive Suite 2600,
                 Chicago, IL 60606-7512
20863047        Dupage Medical Group,    15921 Collections Center Drive,    Chicago, IL 60693-0159
20863048        Elhurst Radiologists SC,    PO Box 1035,    Bedford Park, IL 60499-1035
20863049        Elmhurst Clinic,    25847 Network Place,    Chicago, IL 60673-1258
20863050        Elmhurst Memorial Hosp,    PO Box 4052,    Carol Stream, IL 60197-4052
21221449       +Ewa and Dariusz Wejda,    c/o Frank J. Kokoszka, Kokoszka & Janczu,    318 West Adams, Suite 1100,
                 Chicago, Illinois 60606-2172
18509584       +Lorenzini & Assoc. Ltd.,    1900 Spring Road, Suite 501,    Oak Brook, IL 60523-1482
18692239        Mariusz Mikoda,    3950 N Scott St,    Schiller Park, IL 60176
20951717       +Mariusz Mikoda and Walega & Mikoda Development, In,    9191 Broadway,
                 Merrillville, IN 46410-7043
18509585       +Mary Chang,    529 Walnut,    Elmhurst, IL 60126-1845
18509586       +Neal Gerber & Eisenberg LLP,    2 N. LaSalle Street,    Ste. 1700,    Chicago, IL 60602-4000
18868657       +Northbrook Bank & Trust,    1145 N Arlington Heights Road,    Itasca, IL 60143-3171
18509589       +Northbrook Bank & Trust Company,    Eric A Freeland,    Lorenzini & Associates, Ltd,
                 1900 Spring Rd Suite 501,    Oak Brook, IL 60523-1482
19092180       +Parkway Bank & Trust Co.,    Latimer LeVay Fyock,    c/o Tejal S. Desai,
                 55 W. Monroe Street, Suite 1100,    Chicago, IL 60603-5128
18509590       +Parkway Bank & Trust Co.,    4800 N. Harlem Ave,    Harwood Heights, IL 60706-3577
21413381       +Parkway Bank and Trust Company,    c/o Sheryl A. Fyock/Holly Carto,    Latimer LeVay Fyock LLC,
                 55 W. Monroe Street, Suite 1100,    Chicago, IL 60603-5128
18509591       +Rnb-Field3,    3701 Wayzata Blvd Mail Stop #2-Cf,    Minneapolis, MN 55416-3401
18509592        Suburban Bank & Trust,    PO Box 419,    Elmhurst, IL 60126-0419
18509593       ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
                (address filed with court: Von Maur,    6565 Brady Street,    Davenport, IA 52806-2054)
21094591       +Walega & Mikoda Development, Inc.,    Mariusz Mikoda,    c/o Nancy J Townsend,    9191 Broadway,
                 Merrillville, IN 46410-7043
18509594       +Worsek & Vihon LLP,    180 N. LaSalle St., Ste. 3010,    Chicago, IL 60601-2802
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20863042       +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 28 2015 00:23:57      Cook County Treasurer,
                 118 N Clark St Suite 112,    Chicago, IL 60602-1590
18615771        E-mail/Text: cio.bncmail@irs.gov May 28 2015 00:23:26
                 Department of Treasury  Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA  19101-7346
20863043       +E-mail/Text: collector@dupageco.org May 28 2015 00:23:31      Dupage County Collector,
                 421 N County Farm Road,    Wheaton, IL 60187-3992
18509587       +E-mail/Text: bankrup@aglresources.com May 28 2015 00:23:16      Nicor Gas,    1844 Ferry Road,
                 Naperville, IL 60563-9600
18509588        E-mail/Text: bnc@nordstrom.com May 28 2015 00:23:23      Nordstrom Bank Co. Service Ctr.,
                 PO Box 6555,    Englewood, CO 80155-6555
18900632       +E-mail/Text: bnc@nordstrom.com May 28 2015 00:23:23      Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
20960054       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 28 2015 00:23:41      Office of the U.S. Trustee,
                 219 S Dearborn St.,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 7
```

```
District/off: 0752-1            User: adragonet              Page 2 of 2              Date Rcvd: May 27, 2015
                                Form ID: pdf006              Total Noticed: 46
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18886313*         American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20960056*        +Office of the U.S. Trustee,   219 S Dearborn St.  Room 873,   Chicago,  IL 60604-2027
18509583       ##+Jessica Torres,   4934 N. Harold #1B,   Schiller Park, IL 60176-1156
                                                                                       TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2015 at the address(es) listed below:
              Francisco  Connell    on behalf of Creditor    Diamond Bank, FSB fconnell@chuhak.com,
               hcummins@chuhak.com
              Francisco  Connell    on behalf of Creditor    North Shore Community Bank & Trust Company
               fconnell@chuhak.com,   hcummins@chuhak.com
              Frank J Kokoszka    on behalf of Plaintiff Ewa & Dariusz  Wejda fkokoszka@k-jlaw.com,
               admin@k-jlaw.com
              Frank J Kokoszka    on behalf of Creditor Ewa & Dariusz  Wejda fkokoszka@k-jlaw.com,
               admin@k-jlaw.com
              Jason R. Sleezer    on behalf of Creditor    Parkway Bank and Trust Company jsleezer@skcounsel.com,
               rybarra@skcounsel.com
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Jeffrey L. Widman    on behalf of Plaintiff Richard M Fogel jwidman@shawfishman.com,
               msalazar@shawfishman.com
              Jonathan D. Golding    on behalf of Defendant Piotr  Walega jgolding@goldinglaw.net
              Jonathan D. Golding    on behalf of Debtor Piotr  Walega jgolding@goldinglaw.net
              Jonathan D. Golding    on behalf of Defendant Paula  Walega jgolding@goldinglaw.net
              Jonathan D. Golding    on behalf of Joint Debtor Paula  Walega jgolding@goldinglaw.net
              Kevin M Hyde    on behalf of Plaintiff Richard M Fogel khyde@shawfishman.com,
               kbobb@shawfishman.com
              Nancy J Townsend    on behalf of Creditor    Mariusz Mikoda and Walega & Mikoda Development, Inc.
                townsend@bcclegal.com,   plummer@bcclegal.com
              Nancy J Townsend    on behalf of Creditor    Mariusz Mikoda townsend@bcclegal.com,
               plummer@bcclegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond J Ostler    on behalf of Creditor    Community Savings Bank rostler@gsgolaw.com
              Richard M. Fogel    rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
              Richard N Golding    on behalf of Joint Debtor Paula  Walega rgolding@goldinglaw.net
              Richard N Golding    on behalf of Debtor Piotr  Walega rgolding@goldinglaw.net
              Robert M Fishman    on behalf of Trustee Richard M. Fogel rfishman@shawfishman.com,
               kjanecki@shawfishman.com
              Sheryl A Fyock    on behalf of Creditor    Parkway Bank and Trust Company sfyock@llflegal.com
                                                                                              TOTAL: 22
```