Document    Page 1 of 26

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: WALEGA, PIOTR | § | Case No. 12-06254 |
| | § | |
| WALEGA, PAULA | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:    $22,653.42 | Assets Exempt:    $40,519.22 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:    $47,344.74 | Claims Discharged Without Payment:    $14,307,471.94 |
| Total Expenses of Administration:    $67,755.26 | |

3) Total gross receipts of $115,100.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $115,100.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $469,212.27 | $792,600.88 | $396,300.44 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $64,390.87 | $68,405.26 | $67,755.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,675,238.30 | $14,620,470.64 | $13,883,838.34 | $47,344.74 |
| **TOTAL DISBURSEMENTS** | $5,144,450.57 | $15,477,462.39 | $14,348,544.04 | $115,100.00 |

4) This case was originally filed under chapter 11 on 02/21/2012, and it was converted to chapter 7 on 07/29/2013.  The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   09/08/2015

By: /s/ Richard M. Fogel

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| W&M Condominiums, Inc. | 1129-000 | $3,100.00 |
| 4934 N. Harold #1B, Schiller Park, Illinois | 1110-000 | $2,200.00 |
| 1/3 interest in land trust- 8558 W. Rascher (u) | 1210-000 | $15,000.00 |
| Household goods | 1129-000 | $500.00 |
| Galara claim (u) | 1229-000 | $6,100.00 |
| 2007 Cadillac Escalade | 1129-000 | $10,000.00 |
| 2005 Porsche Cayanne (50% interest) (u) | 1229-000 | $2,500.00 |
| Walega & Mikoda Development, Inc. | 1129-000 | $2,100.00 |
| 4934 N. Harold #1D, Schiller Park, Illinois | 1110-000 | $2,200.00 |
| Patent No. 8035560 | 1129-000 | $3,900.00 |
| Residence: 265 Cottage Hill Av, Elmhurst IL 6012 | 1110-000 | $22,000.00 |
| Judgment against Miroslav Gebka paying $1,000/mo | 1129-000 | $30,500.00 |
| Hartford Court Development, Inc. | 1129-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$115,100.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Community Savings Bank | 4120-000 | $146,642.71 | $73,321.00 | $0.00 | $0.00 |
| 6-1 | Community Savings Bank Gomberg Sharfman Gold & Ostler, P.C. Raymond J Ostler | 4110-000 | NA | $73,321.00 | $73,321.00 | $0.00 |
| 7 | Community Savings Bank | 4120-000 | $13,505.83 | $13,505.83 | $0.00 | $0.00 |
| 7-1 | Community Savings Bank Gomberg Sharfman Gold & Ostler, P.C. Raymond J Ostler | 4110-000 | NA | $13,505.83 | $13,505.83 | $0.00 |
| 8-1 | Community Savings Bank Gomberg Sharfman Gold & Ostler, P.C. Raymond J Ostler | 4110-000 | NA | $250,000.00 | $250,000.00 | $0.00 |
| 8 | Community Savings Bank | 4120-000 | $250,000.00 | $250,000.00 | $0.00 | $0.00 |
| 21-1 | Diamond Bank FSB Franciso E Connell., Esq | 4110-000 | NA | $59,473.61 | $59,473.61 | $0.00 |
| 21 | Diamond Bank FSB | 4120-000 | $59,063.73 | $59,473.61 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$469,212.27** | **$792,600.88** | **$396,300.44** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the U.S. Trustee | 2990-000 | NA | $650.00 | $650.00 | $0.00 |
| Office of the U.S. Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Rabobank, N.A. | 2600-000 | NA | NA | $2,086.00 | $2,086.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | NA | $54.29 | $54.29 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | NA | $683.00 | $683.00 |
| KUEHN AND ASSOCIATES | 2990-000 | NA | NA | $600.00 | $600.00 |
| ROMAY CORP. | 2500-000 | NA | NA | $322.00 | $322.00 |
| Arthur B. Levine Company | 2300-000 | NA | NA | $269.10 | $269.10 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3120-000 | NA | $1,181.39 | $1,181.39 | $1,181.39 |
| SHAW FISHMAN GLANTZ & TOWBIN LLC | 3110-000 | NA | $51,206.50 | $51,206.50 | $51,206.50 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | $1,998.50 | $1,998.50 | $1,998.50 |
| RICHARD M. FOGEL | 2100-000 | NA | $9,005.00 | $9,005.00 | $9,005.00 |
| RICHARD M. FOGEL | 2200-000 | NA | $24.48 | $24.48 | $24.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$64,390.87** | **$68,405.26** | **$67,755.26** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 7100-000 | $631.27 | $631.27 | $631.27 | $4.55 |
| 1-1 | Department Stores National Bank/Macy's Bankruptcy Processing | 7100-000 | NA | $631.27 | $631.27 | $0.00 |
| 2 -2 | Department of Treasury Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2-2 | Department of Treasury  Internal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3 | Von Maur | 7100-000 | $0.00 | $616.29 | $0.00 | $0.00 |
| 3-1 | Von Maur | 7100-000 | NA | $616.29 | $616.29 | $0.00 |
| 4 | Northbrook Bank & Trust Company | 7100-000 | NA | $174,888.53 | $0.00 | $0.00 |
| 4-1 | Northbrook Bank & Trust Company Eric A Freeland Lorenzini & Associates, Ltd | 7100-000 | NA | $174,888.53 | $174,888.53 | $0.00 |
| 5 | Community Savings Bank | 7100-000 | $1,103,554.04 | $551,755.69 | $551,755.69 | $3,973.88 |
| 5-2 | Comunity Savings Bank | 7100-000 | NA | $551,755.69 | $551,755.69 | $0.00 |
| 9 | Worsek & Vihon LLP | 7100-000 | $4,323.00 | $15,816.00 | $0.00 | $0.00 |
| 9-1 | Worsek & Vihon LLP | 7100-000 | NA | $15,816.00 | $15,816.00 | $0.00 |
| 10-1 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | NA | $5,170.93 | $5,170.93 | $0.00 |
| 10 | American Express Centurion Bank | 7100-000 | $5,170.93 | $5,170.93 | $5,170.93 | $37.24 |
| 11-1 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | NA | $1,411.76 | $1,411.76 | $0.00 |

| 11 | American Express Centurion Bank | 7100-000 | $1,411.76 | $1,411.76 | $1,411.76 | $10.17 |
| 12 | Nordstrom fsb | 7100-000 | $620.93 | $620.93 | $620.93 | $4.47 |
| 12-1 | Nordstrom fsb | 7100-000 | NA | $620.93 | $620.93 | $0.00 |
| 13 | American Express Bank, FSB | 7100-000 | $56,983.03 | $56,983.03 | $56,983.03 | $410.41 |
| 13-1 | American Express Bank, FSB c o Becket and Lee LLP | 7100-000 | NA | $56,983.03 | $56,983.03 | $0.00 |
| 14-1 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $135,219.04 | $135,219.04 | $0.00 |
| 14 | Parkway Bank and Trust Company | 7100-000 | $135,219.04 | $135,219.04 | $0.00 | $0.00 |
| 15 -2 | Parkway Bank and Trust Company | 7100-000 | $135,219.04 | $135,219.04 | $0.00 | $0.00 |
| 15 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $135,219.04 | $135,219.04 | $0.00 |
| 16-2 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $414,097.43 | $414,097.43 | $0.00 |
| 16 | Parkway Bank and Trust Company | 7100-000 | $403,983.09 | $414,097.43 | $414,097.43 | $2,982.43 |
| 17 | Parkway Bank and Trust Company | 7100-000 | $1,031,827.07 | $1,031,827.07 | $1,031,827.07 | $7,431.48 |
| 17-1 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $1,031,827.07 | $1,031,827.07 | $0.00 |
| 18-1 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $1,031,827.07 | $1,031,827.07 | $0.00 |
| 18 | Parkway Bank and Trust Company | 7100-000 | $1,031,827.07 | $1,031,827.07 | $1,031,827.07 | $7,431.48 |
| 19-1 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $137,436.70 | $137,436.70 | $0.00 |

| # | Creditor | Code | | | | |
|---|---|---|---|---|---|---|
| 19 | Parkway Bank and Trust Company | 7100-000 | $137,436.70 | $137,436.70 | $0.00 | $0.00 |
| 20-1 | Parkway Bank & Trust Co. Latimer LeVay Fyock c/o Tejal S. Desai | 7100-000 | NA | $137,436.70 | $137,436.70 | $0.00 |
| 20 | Parkway Bank and Trust Company | 7100-000 | $137,436.70 | $137,436.70 | $0.00 | $0.00 |
| 23 | Von Maur | 7100-000 | $616.29 | $616.29 | $616.29 | $4.44 |
| 23-1 | Von Maur | 7100-000 | NA | $616.29 | $616.29 | $0.00 |
| 24 | Walega & Mikoda Development, Inc. | 7100-000 | $0.00 | $910,000.00 | $910,000.00 | $6,554.05 |
| 24-1 | Walega & Mikoda Development, Inc. Mariusz Mikoda c/o Nancy J Townsend | 7100-000 | NA | $910,000.00 | $910,000.00 | $0.00 |
| 25 | Neal Gerber & Eisenberg LLP | 7100-000 | $18,000.00 | $24,007.25 | $24,007.25 | $172.91 |
| 25-1 | Neal Gerber & Eisenberg LLP | 7100-000 | NA | $24,007.25 | $24,007.25 | $0.00 |
| 26-1 | Ewa and Dariusz Wejda c/o Frank J. Kokoszka, Kokoszka & Janczu | 7100-000 | NA | $2,544,654.30 | $2,544,654.30 | $0.00 |
| 26 | Ewa and Dariusz Wejda | 7100-000 | $0.00 | $2,544,654.30 | $2,544,654.30 | $18,327.23 |
| N/F | Rnb-Field3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Blmdsnb | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Neal Gerber & Eisenberg LLP | 7100-000 | $18,000.00 | NA | NA | $0.00 |
| N/F | Jessica Torres | 7100-000 | $650.00 | NA | NA | $0.00 |
| N/F | Elhurst Radiologists SC | 7100-000 | $20.00 | NA | NA | $0.00 |
| N/F | Suburban Bank & Trust | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Suburban Bank & Trust | 7100-000 | NA | NA | NA | $0.00 |
| N/F | American Express Credit Dept. | 7100-000 | $1,371.13 | NA | NA | $0.00 |
| N/F | Diamond Bank | 7100-000 | NA | NA | NA | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | Chase Cardmember Services | 7100-000 | $15,953.84 | NA | NA | $0.00 |
|-----|---------------------------|----------|------------|-----|-----|-------|
| N/F | Chase Cardmember Services | 7100-000 | $15,953.84 | NA | NA | $0.00 |
| N/F | Nicor Gas | 7100-000 | $242.00 | NA | NA | $0.00 |
| N/F | Elhurst Radiologists SC | 7100-000 | $20.00 | NA | NA | $0.00 |
| N/F | Neal Gerber & Eisenberg LLP | 7100-000 | $18,000.00 | NA | NA | $0.00 |
| N/F | Worsek & Vihon LLP | 7100-000 | $600.00 | NA | NA | $0.00 |
| N/F | Elmhurst Clinic | 7100-000 | $82.00 | NA | NA | $0.00 |
| N/F | Von Maur | 7100-000 | $198.45 | NA | NA | $0.00 |
| N/F | DuPage Medical Group | 7100-000 | $10.00 | NA | NA | $0.00 |
| N/F | Suburban Bank & Trust | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Anna Rodriguez | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Nicor Gas | 7100-000 | $242.00 | NA | NA | $0.00 |
| N/F | Chase Cardmember Services | 7100-000 | $40,128.00 | NA | NA | $0.00 |
| N/F | Anna Rodriguez | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Chase Cardmember Services | 7100-000 | $15,953.84 | NA | NA | $0.00 |
| N/F | 4934 N. Harold Condo Assoc. c/o Clark Fabisch Realty | 7100-000 | $2,800.00 | NA | NA | $0.00 |
| N/F | Elmhurst Memorial Hosp. | 7100-000 | $19.91 | NA | NA | $0.00 |
| N/F | American Express Credit Dept. | 7100-000 | $5,145.93 | NA | NA | $0.00 |
| N/F | Citibank | 7100-000 | $24,275.59 | NA | NA | $0.00 |
| N/F | Rnb-Field3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Rnb-Field3 | 7100-000 | $0.00 | NA | NA | $0.00 |

| N/F | Chase Cardmember Services | 7100-000 | $15,953.84 | NA | NA | $0.00 |
|---|---|---|---|---|---|---|
| N/F | Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Citibank | 7100-000 | $24,275.59 | NA | NA | $0.00 |
| N/F | Worsek & Vihon LLP | 7100-000 | $600.00 | NA | NA | $0.00 |
| N/F | Rnb-Field3 | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Assoc. Pathology Cons. Elmhurst SC | 7100-000 | $144.00 | NA | NA | $0.00 |
| N/F | Elmhurst Memorial Hosp. | 7100-000 | $687.37 | NA | NA | $0.00 |
| N/F | Jessica Torres | 7100-000 | $650.00 | NA | NA | $0.00 |
| N/F | American Express Credit Dept. | 7100-000 | $5,145.93 | NA | NA | $0.00 |
| N/F | Citibank | 7100-000 | $24,275.59 | NA | NA | $0.00 |
| N/F | 4934 N. Harold Condo Assoc. c/o Clark Fabisch Realty | 7100-000 | $2,800.00 | NA | NA | $0.00 |
| N/F | Department Stores N.B. | 7100-000 | $102.67 | NA | NA | $0.00 |
| N/F | 4934 N. Harold Condo Assoc. | 7100-000 | $2,800.00 | NA | NA | $0.00 |
| N/F | Nicor Gas | 7100-000 | $242.00 | NA | NA | $0.00 |
| N/F | Elmhurst Memorial Hosp. | 7100-000 | $169.20 | NA | NA | $0.00 |
| N/F | Elmhurst Clinic | 7100-000 | $82.00 | NA | NA | $0.00 |
| N/F | Chase Cardmember Services | 7100-000 | $40,128.00 | NA | NA | $0.00 |
| N/F | 4934 N. Harold Condo Assoc. | 7100-000 | $2,800.00 | NA | NA | $0.00 |
| N/F | Nordstrom Bank Co. Service Ctr. | 7100-000 | $53.38 | NA | NA | $0.00 |
| N/F | Elmhurst Memorial Hosp. | 7100-000 | $169.20 | NA | NA | $0.00 |
| N/F | Blmdsnb | 7100-000 | $0.00 | NA | NA | $0.00 |

| N/F | Chase Cardmember Services | 7100-000 | $40,128.00 | NA | NA | $0.00 |
|---|---|---|---|---|---|---|
| N/F | American Express Credit Dept. | 7100-000 | $1,371.13 | NA | NA | $0.00 |
| N/F | Assoc. Pathology Cons. Elmhurst SC | 7100-000 | $144.00 | NA | NA | $0.00 |
| N/F | American Express Credit Dept. | 7100-000 | $41,436.27 | NA | NA | $0.00 |
| N/F | DuPage Medical Group | 7100-000 | $10.00 | NA | NA | $0.00 |
| N/F | Citibank | 7100-000 | $24,275.59 | NA | NA | $0.00 |
| N/F | Suburban Bank & Trust | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Diamond Bank | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Elmhurst Memorial Hosp. | 7100-000 | $687.37 | NA | NA | $0.00 |
| N/F | American Express Credit Dept. | 7100-000 | $41,436.27 | NA | NA | $0.00 |
| N/F | Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Blmdsnb | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Nicor Gas | 7100-000 | $242.00 | NA | NA | $0.00 |
| N/F | Department Stores N.B. | 7100-000 | $102.67 | NA | NA | $0.00 |
| N/F | Von Maur | 7100-000 | $198.45 | NA | NA | $0.00 |
| N/F | Chase Cardmember Services | 7100-000 | $40,128.00 | NA | NA | $0.00 |
| N/F | Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Nordstrom Bank Co. Service Ctr. | 7100-000 | $53.38 | NA | NA | $0.00 |
| N/F | Blmdsnb | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Elmhurst Memorial Hosp. | 7100-000 | $19.91 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,675,238.30** | **$14,620,470.64** | **$13,883,838.34** | **$47,344.74** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:        1

**Case No.:**    12-06254

**Case Name:**        WALEGA, PIOTR
WALEGA, PAULA

**For Period Ending:**        09/08/2015

**Trustee Name:**        (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**  02/21/2012 (c)

**§ 341(a) Meeting Date:**   09/17/2013

**Claims Bar Date:**   11/14/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Residence: 265 Cottage Hill Av, Elmhurst IL 6012 (See Footnote) | 717,286.00 | 22,000.00 | | 22,000.00 | FA |
| 2* | 4934 N. Harold #1B, Schiller Park, Illinois (See Footnote) | 35,000.00 | 0.00 | | 2,200.00 | FA |
| 3* | 4934 N. Harold #1D, Schiller Park, Illinois (See Footnote) | 35,000.00 | 0.00 | | 2,200.00 | FA |
| 4* | 4753 N. 25th #14, Schiller Park, Illinois (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 5* | 3719 Ruby St., Schiller Park, IL (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6* | Cash on Hand (See Footnote) | 100.00 | 0.00 | | 0.00 | FA |
| 7* | JPMorgan Chase Bank NA Checking xx7647 (See Footnote) | 10,984.76 | 0.00 | | 0.00 | FA |
| 8* | JPMorgan Chase Bank NA Savings xx6135 (See Footnote) | 189.26 | 0.00 | | 0.00 | FA |
| 9* | Parkway B&T 370 Georgetown Square Shopping Ctr., (See Footnote) | 30.00 | 0.00 | | 0.00 | FA |
| 10* | Parkway B&T 4646 N Cumberland Ave Chicago IL 606 (See Footnote) | 638.18 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:      2

**Case No.:**   12-06254

**Case Name:**   WALEGA, PIOTR
WALEGA, PAULA

**For Period Ending:**   09/08/2015

**Trustee Name:**   (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   02/21/2012 (c)

**§ 341(a) Meeting Date:**   09/17/2013

**Claims Bar Date:**   11/14/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11* | Diamond Bank FSB 1051 Perimeter Dr Schaumburg IL (See Footnote) | 122.00 | 0.00 | | 0.00 | FA |
| 12* | Household goods (See Footnote) | 2,000.00 | 500.00 | | 500.00 | FA |
| 13 | Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 14* | Furs and Jewelry (See Footnote) | 2,500.00 | 0.00 | | 0.00 | FA |
| 15* | W&M Condominiums, Inc. (See Footnote) | Unknown | Unknown | | 3,100.00 | FA |
| 16* | Hartford Court Development, Inc. (See Footnote) | Unknown | Unknown | | 15,000.00 | FA |
| 17 | All Pro Development, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 18* | Walega & Mikoda Development, Inc. (See Footnote) | Unknown | Unknown | | 2,100.00 | FA |
| 19 | Synerg Investment Group, LLC | Unknown | 0.00 | | 0.00 | FA |
| 20* | Judgment against Miroslav Gebka paying $1,000/mo (See Footnote) | 188,000.00 | Unknown | | 30,500.00 | FA |
| 21* | Marcus, Boxerman & Chatman LLP balance on retain (See Footnote) | 5,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:    3

Case No.:   12-06254

Case Name:   WALEGA, PIOTR
WALEGA, PAULA

For Period Ending:   09/08/2015

Trustee Name:   (330720) Richard M. Fogel

Date Filed (f) or Converted (c):  02/21/2012 (c)

§ 341(a) Meeting Date:   09/17/2013

Claims Bar Date:   11/14/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22* | Patent No. 8035560 (See Footnote) | Unknown | Unknown | | 3,900.00 | FA |
| 23* | 2007 Cadillac Escalade (See Footnote) | 22,000.00 | 7,000.00 | | 10,000.00 | FA |
| 24 | computer, desk, chair | 1,000.00 | 0.00 | | 0.00 | FA |
| 25* | Galara claim (u) (u)<br>Debtors amended schedule B (See Footnote) | 1,347,880.00 | Unknown | | 6,100.00 | FA |
| 26* | JPMorgan Chase Bank NA Checking xx6492 (u) (u)<br>Debtors amended schedule B (See Footnote) | 1,489.22 | 0.00 | | 0.00 | FA |
| 27 | Grotto Oakbrook LLC (u)<br>Debtors amended schedule B | 0.00 | 0.00 | | 0.00 | FA |
| 28* | 2005 Porsche Cayanne (50% interest) (u) (u)<br>Debtors amended schedule B (See Footnote) | 3,000.00 | 2,500.00 | | 2,500.00 | FA |
| 29* | 1/3 interest in land trust- 8558 W. Rascher (u) (u)<br>Disclosed in amended schedule A filed 1/16/14 (See Footnote) | Unknown | Unknown | | 15,000.00 | FA |
| | **Assets        Totals**      (Excluding unknown values) | **$2,372,819.42** | **$32,000.00** | | **$115,100.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:        4

**Case No.:**   12-06254

**Case Name:**     WALEGA, PIOTR
WALEGA, PAULA

**For Period Ending:**   09/08/2015

**Trustee Name:**     (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   02/21/2012 (c)

**§ 341(a) Meeting Date:**   09/17/2013

**Claims Bar Date:**   11/14/2013

| | |
|---|---|
| RE PROP# 1 | Trustee sold right, title and interest subject to liens, claims and encumbrances per o/c 2-11-14 |
| RE PROP# 2 | Sold at auction 12-10-13, subject to mortgage |
| RE PROP# 3 | Sold at auction 12-10-13, subject to mortgage |
| RE PROP# 4 | Stay lifted 7-20-12.  Property foreclosed. |
| RE PROP# 5 | Sold during chapter 11 per o/c 11-5-12 |
| RE PROP# 6 | Amended schedule filed after conversion |
| RE PROP# 7 | Account closed.  Funds transferred to DIP xxx6492 |
| RE PROP# 8 | Account closed.  Funds transferred to DIP xxxx6492 |
| RE PROP# 9 | Exempt |
| RE PROP# 10 | Spent during chapter 11 |
| RE PROP# 11 | Spent during chapter 11 |
| RE PROP# 12 | Trustee sold HHG to debtors per o/c 2-11-14 |
| RE PROP# 14 | Exempt |
| RE PROP# 15 | Sold at auction 12-10-13 |
| RE PROP# 16 | Sold at auction 12-10-13 |
| RE PROP# 18 | Sold at auction 12-10-13 |
| RE PROP# 20 | Sold at auction on 12-10-13 |
| RE PROP# 21 | Retainer exhausted prior to conversion |
| RE PROP# 22 | Sold at auction 12-10-13 |
| RE PROP# 23 | Trustee sold to debtors per o/c 2-11-14 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:        5

**Case No.:**   12-06254

**Case Name:**      WALEGA, PIOTR
WALEGA, PAULA

**For Period Ending:**      09/08/2015

**Trustee Name:**      (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   02/21/2012 (c)

**§ 341(a) Meeting Date:**   09/17/2013

**Claims Bar Date:**   11/14/2013

| | |
|---|---|
| RE PROP# 25 | Sold at auction 12-10-13 |
| RE PROP# 26 | Exempt |
| RE PROP# 28 | Trustee sold to debtors per o/c 2-11-14 |
| RE PROP# 29 | Sold to co-owner per o/c 2-12-15 |

**Major Activities Affecting Case Closing:**

To resolve adversary complaint, debtor waived right to discharge and co-debtor obtained discharge per o/c 12-15-14.  Trustee liquidated co-debtor's interest in land trust per o/c 2-12-15.

**Initial Projected Date Of Final Report (TFR):**       12/31/2014          **Current Projected Date Of Final Report (TFR):**          05/19/2015

Exhibit 9

Page: 6

# Form 2

# Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-06254 | |
| **Case Name:** | WALEGA, PIOTR<br>WALEGA, PAULA | |
| **Taxpayer ID #:** | **-***0716 | |
| **For Period Ending:** | 09/08/2015 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/2013 | | CHICAGO TOWN REALTY & DEVELOPERS, INC. | Deposit for purchase of multiple assets, subject to court approval on 12/12/13 | | 12,000.00 | | 12,000.00 |
| | {18} | | $2,100.00 | 1129-000 | | | 12,000.00 |
| | {25} | | $6,100.00 | 1229-000 | | | 12,000.00 |
| | {22} | | $3,800.00 | 1129-000 | | | 12,000.00 |
| 12/10/2013 | {16} | PIOTR & PAULA WALEGA | Deposit for purchase of multiple assets, subject to court approval on 12-12-13 | 1129-000 | 15,000.00 | | 27,000.00 |
| 12/18/2013 | | CHICAGO TOWN REALTY & DEVELOPERS, INC. | Balance due for asset purchase, per o/c 12-12-13 | | 3,200.00 | | 30,200.00 |
| | {15} | | $3,100.00 | 1129-000 | | | 30,200.00 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                *! - transaction has not been cleared*

Exhibit 9

Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-06254 | |
| **Case Name:** | WALEGA, PIOTR | |
| | WALEGA, PAULA | |
| **Taxpayer ID #:** | **-***0716 | |
| **For Period Ending:** | 09/08/2015 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {22} | | | 1129-000 | | | 30,200.00 |
| | | | $100.00 | | | | |
| 12/23/2013 | | JOANNA SKORUPSKI | Balance of proceeds of sale per o/c 12-12-13 | | 34,900.00 | | 65,100.00 |
| | {2} | | | 1110-000 | | | 65,100.00 |
| | | | $2,200.00 | | | | |
| | {3} | | | 1110-000 | | | 65,100.00 |
| | | | $2,200.00 | | | | |
| | {20} | | | 1129-000 | | | 65,100.00 |
| | | | $30,500.00 | | | | |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.64 | 65,065.36 |
| 01/07/2014 | 101 | ROMAY CORP. | Invoice No. 10582: Transcript of auction sale | 2500-000 | | 322.00 | 64,743.36 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**                    *! - transaction has not been cleared*

Exhibit 9

Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-06254 |
| **Case Name:** | WALEGA, PIOTR<br>WALEGA, PAULA |
| **Taxpayer ID #:** | **-***0716 |
| **For Period Ending:** | 09/08/2015 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/20/2014 | {1} | JOANNA SKORUPSKI | Earnest money deposit for residence and personal property, pending court approval on 2/11/14 | 1110-000 | 3,500.00 | | 68,243.36 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.07 | 68,145.29 |
| 02/04/2014 | 102 | INTERNATIONAL SURETIES, LTD. | Surety bond premium #016026455 | 2300-000 | | 54.29 | 68,091.00 |
| 02/25/2014 | | JOANNA SKORUPSKI | Proceeds of sale per o/c 2-11-14 | | 31,500.00 | | 99,591.00 |
| | {23} | | 2007 Cadillac Escalade<br><br>$10,000.00 | 1129-000 | | | 99,591.00 |
| | {28} | | 2005 Porsche Cayanne<br><br>$2,500.00 | 1229-000 | | | 99,591.00 |
| | {12} | | Household goods and furnishings<br><br>$500.00 | 1129-000 | | | 99,591.00 |
| | {1} | | Equity in residence<br><br>$18,500.00 | 1110-000 | | | 99,591.00 |

*{} Asset Reference(s)*       **UST Form 101-7-TDR ( 10 /1/2010)**                                            *! - transaction has not been cleared*

Exhibit 9

Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-06254 | |
| **Case Name:** | WALEGA, PIOTR<br>WALEGA, PAULA | |
| **Taxpayer ID #:** | **-***0716 | |
| **For Period Ending:** | 09/08/2015 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.45 | 99,496.55 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.33 | 99,358.22 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.45 | 99,205.77 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.69 | 99,063.08 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.73 | 98,925.35 |
| 07/09/2014 | 103 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Interim compensation | | | 13,207.22 | 85,718.13 |
| | | | Attorney for trustee fees per o/c 7-8-14<br>$12,807.00 | 3110-000 | | | 85,718.13 |
| | | | Attorney for trustee expenses per o/c 7-8-14<br>$400.22 | 3120-000 | | | 85,718.13 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.86 | 85,574.27 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.98 | 85,455.29 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**                                          *! - transaction has not been cleared*

Exhibit 9
Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 12-06254 |
| **Case Name:** | WALEGA, PIOTR<br>WALEGA, PAULA |
| **Taxpayer ID #:** | **-***0716 |
| **For Period Ending:** | 09/08/2015 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/12/2014 | 104 | ILLINOIS DEPARTMENT OF REVENUE | Form IL-1041 FYE 6/30/14 EIN: 30-6400716 | 2820-000 | | 683.00 | 84,772.29 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.74 | 84,641.55 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.80 | 84,515.75 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.40 | 84,406.35 |
| 12/02/2014 | 105 | KUEHN AND ASSOCIATES | Updated appraisal for 8558 W. Rascher property | 2990-000 | | 600.00 | 83,806.35 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.99 | 83,669.36 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.34 | 83,549.02 |
| 02/11/2015 | 106 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 269.10 | 83,279.92 |
| 02/27/2015 | {29} | MARY CHANG | Purchase of interest in land trust- per o/c 2-12-15 | 1210-000 | 15,000.00 | | 98,279.92 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.10 | 98,167.82 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.45 | 98,019.37 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                          *! - transaction has not been cleared*

Exhibit 9
Page: 11

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-06254 | |
| **Case Name:** | WALEGA, PIOTR<br>WALEGA, PAULA | |
| **Taxpayer ID #:** | **-***0716 | |
| **For Period Ending:** | 09/08/2015 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.98 | 97,878.39 |
| 07/01/2015 | 107 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $51,206.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 38,399.50 | 59,478.89 |
| 07/01/2015 | 108 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Dividend paid 100.00% on $1,181.39, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 781.17 | 58,697.72 |
| 07/01/2015 | 109 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $1,998.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,998.50 | 56,699.22 |
| 07/01/2015 | 110 | Office of the U.S. Trustee | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 325.00 | 56,374.22 |
| 07/01/2015 | 111 | Community Savings Bank | 0.72% dividend on Claim # 5, Ref: XX-XXXX3939 | 7100-000 | | 3,973.88 | 52,400.34 |
| 07/01/2015 | 112 | American Express Centurion Bank | 0.72% dividend on Claim # 10, Ref: XXXX-XXXXXX-X1007 | 7100-000 | | 37.24 | 52,363.10 |
| 07/01/2015 | 113 | American Express Centurion Bank | 0.72% dividend on Claim # 11, Ref: XXXX-XXXXXX-X3007 | 7100-000 | | 10.17 | 52,352.93 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 12

## Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 12-06254
**Case Name:** WALEGA, PIOTR
WALEGA, PAULA
**Taxpayer ID #:** **-***0716
**For Period Ending:** 09/08/2015

**Trustee Name:** Richard M. Fogel (330720)
**Bank Name:** Rabobank, N.A.
**Account #:** ******0366 - Checking Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/01/2015 | 114 | American Express Bank, FSB | 0.72% dividend on Claim # 13, Ref: XXXX-XXXXXX-X2003 | 7100-000 | | 410.41 | 51,942.52 |
| 07/01/2015 | 115 | Parkway Bank and Trust Company | 0.72% dividend on Claim # 16, Ref: XXXXXXXXXX-X0013 | 7100-000 | | 2,982.43 | 48,960.09 |
| 07/01/2015 | 116 | Parkway Bank and Trust Company | 0.72% dividend on Claim # 17, Ref: XXXXXXXXXX-X0011 | 7100-000 | | 7,431.48 | 41,528.61 |
| 07/01/2015 | 117 | Parkway Bank and Trust Company | 0.72% dividend on Claim # 18, Ref: XXXXXXXXXX-X0011 | 7100-000 | | 7,431.48 | 34,097.13 |
| 07/01/2015 | 118 | Walega & Mikoda Development, Inc. | 0.72% dividend on Claim # 24, Ref: | 7100-000 | | 6,554.05 | 27,543.08 |
| 07/01/2015 | 119 | Neal Gerber & Eisenberg LLP | 0.72% dividend on Claim # 25, Ref: | 7100-000 | | 172.91 | 27,370.17 |
| 07/01/2015 | 120 | Ewa and Dariusz Wejda | 0.72% dividend on Claim # 26, Ref: | 7100-000 | | 18,327.23 | 9,042.94 |
| 07/01/2015 | 121 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 9,029.48 | 13.46 |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 13

# Form 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-06254 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | WALEGA, PIOTR<br>WALEGA, PAULA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0716 | **Account #:** | ******0366 - Checking Checking Account |
| **For Period Ending:** | 09/08/2015 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Dividend paid 100.00% on $9,005.00; Claim# A; Filed: $9,005.00<br><br>$9,005.00 | 2100-000 | | | 13.46 |
| | | | Dividend paid 100.00% on $24.48; Claim# B; Filed: $24.48<br><br>$24.48 | 2200-000 | | | 13.46 |
| 07/01/2015 | 122 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 13.46 | 0.00 |
| | | | Dividend paid 0.72% on $631.27; Claim# 1; Filed: $631.27; Reference: XXXXXXXX8060<br><br>$4.55 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.72% on $620.93; Claim# 12; Filed: $620.93; Reference: XXXXX1168<br><br>$4.47 | 7100-000 | | | 0.00 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                              *! - transaction has not been cleared*

Exhibit 9
Page: 14

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 12-06254 | |
| **Case Name:** | WALEGA, PIOTR WALEGA, PAULA | |
| **Taxpayer ID #:** | **-***0716 | |
| **For Period Ending:** | 09/08/2015 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0366 - Checking Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Dividend paid 0.72% on $616.29; Claim# 23; Filed: $616.29; Reference: XXXXX1044 $4.44 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 115,100.00 | 115,100.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 115,100.00 | 115,100.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $115,100.00 | $115,100.00 | |

Exhibit 9

Page:   15

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-06254 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | WALEGA, PIOTR | **Bank Name:** | Rabobank, N.A. |
| | WALEGA, PAULA | **Account #:** | ******0366 - Checking Checking Account |
| **Taxpayer ID #:** | **-***0716 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 09/08/2015 | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0366 - Checking Checking Account | $115,100.00 | $115,100.00 | $0.00 |
| | **$115,100.00** | **$115,100.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**